# New Mexico Corrections Department
## Wanted For Escape / Master Record Entry

9/7/2017

- **D and E:**
- **Offender No:** 519062
- **NMCD:** 84277
- **Age:** 28
- **SSN:** 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
- **DOB:** 03/04/1989
- **Name:** GARCIA, MONICA STAR
- **Alias 1:**
- **Other alias:** 0
- **Address:** 409 MIMI CT NW, ALBUQUERQUE, NM, 87105
- **Marital Status:** NEVER MARRIED
- **Other SSN:** 1
- **Height:** 5' 4"
- **Weight:** 110
- **Sex:** FEMALE
- **Eye:** BROWN
- **Hair:** BROWN
- **Victim(s):** N
- **Birthplace:** ALBUQUERQUE
- **State:** NM
- **FBI:** 556589FD0
- **Military:** NONE
- **Cautions:** 0
- **Ethnicity:** HISPANIC WHITE
- **No of Dependents:** 0
- **Religion:** ROMAN CATHOLIC
- **Other DOB:** 0
- **Gang(s):** No Gangs Listed

- **Occup:** UNEMPLOYED
- **Education:**
- **Emer.Contact:** MARYLOU GARCIA
- **Phone:** (505) 620-6771
- **Address:** 409 MIMI CT. NW
- **City:** ALBUQUERQUE
- **State:** NM
- **Zip:** 87105
- **Father:** MIKE GARCIA
- **Phone:** (505) 620-6772
- **Addr:** SAME AS OFFENDER
- **Deceased:**
- **City:** ALBUQUERQUE
- **State:** NM
- **Zip:** 87105
- **Mother:** MARYLOU GARCIA
- **Phone:** (505) 620-6771
- **Addr:** 409 MIMI CT. NW
- **Deceased:**
- **City:** ALBUQUERQUE
- **State:** NM
- **Zip:** 87105
- **Spouse:**
- **Phone:**
- **Addr:**
- **Deceased:**
- **City:**
- **State:**
- **Zip:**

Mugshot: GARCIA, M. 84277 W.N.M.C.F 08-30-2017

**Photo Date:** 8/30/2017

- **Other cases:** 0
- **Other Offenses:** 0

- **Sentence Began:** 8/22/2017
- **County-Of-Conviction:** BERNALILLO
- **Judge:** MARK A MACARON
- **Case 1:** D-202-CR-2017-00369
- **Sentence 1:** 2.5 Years
- **Defense Atty:** DANIEL SALAZAR
- **Offense1:** POSSESSION OF CNTRLD SUBST - FELONY
- **Plea:** GUILTY
- **Offense2:**
- **Plea:**
- **Offense3:**
- **Plea:**

- **Sentence Began:** 8/22/2017
- **County-Of-Conviction:** BERNALILLO
- **Judge:** JACQUELINE FLORES
- **Case 2:** D-202-CR-2017-01614
- **Sentence 2:** 2.5 Years
- **Defense Atty:** DANIEL SALAZAR
- **Offense1:** RECEIVING/TRANSFERRING STOLEN VEHICLE/MOTOR VEHICLE - FIRST
- **Plea:** GUILTY
- **Offense2:** BREAKING AND ENTERING
- **Plea:** GUILTY
- **Offense3:**
- **Plea:**

- **Sentence Began:**
- **County-Of-Conviction:**
- **Judge:**
- **Case 3:**
- **Sentence 3:**
- **Defense Atty:**
- **Offense1:**
- **Plea:**
- **Offense2:**
- **Plea:**
- **Offense3:**
- **Plea:**

**Identifying Marks:**
GLASSES (PRESCRIPTION): N/A; PIERCED TONGUE: TWO TIMES; TATTOO(S) BACK: SKULL AND CROSSBONES; TATTOO(S) WRIST, LEFT: S; PIERCED EARS: GUAGED 7/8", TOP LEFT EAR; SCAR ARM, RIGHT, (NONSPECIFIC): 4 INCHES; TATTOO(S) LEG, LEFT: BEE; TATTOO(S) WRIST, RIGHT: M; PIERCED LIP, LOWER: LEFT SIDE; TATTOO(S) ABDOM: LIPS; TATTOO(S) LEG, RIGHT: ERICA; PIERCED LIP, UPPER: MONROE LEFT SIDE; TATTOO(S) ARM, RIGHT: POR VIDA; TATTOO(S) RIGHT RIB: LITTLE MERMAID

Exhibit F

ZG000749