# Food Establishment Inspection Report

Page 1 of 2

**Establishment Name:** Western Correctional
**Address:** 2 Miles N. Lobolayo
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Phone:**

**Permit #:**
**Email:**
**Est. Type:** I
**Risk Category:** 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
- [ ] Pre-Opening
- [ ] Opening
- [ ] Regular
- [ ] Follow-up
- [x] Complaint
- [ ] Investigation
- [ ] Closing
- [ ] CAR

**Permit Expiration Date:** Oct 2017
**Time In:** 10:15
**Time Out:**

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
| # | Status | Compliance Status | COS | R |
|---|---|---|---|---|
| 1 | IN/OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager 3/1/18 | | R |

### Employee Health
| 3 | IN/OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN/OUT | Proper use of restriction & exclusion | | |
| 5 | IN/OUT | Procedures for responding to vomiting and diarrheal events | | |

### Employees
| 6 | IN OUT N/A | Food Handler Cards 3/1/18 | | |

### Good Hygienic Practices
| 7 | IN/OUT N/O | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN/OUT N/O | No discharge from eyes, nose, and mouth | | |

### Preventing Contamination by Hands
| 9 | IN/OUT N/O | Hands clean & properly washed | | |
| 10 | IN/OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN/OUT | Adequate handwashing sinks: supplied & accessible | | |

### Approved Source
| 12 | IN/OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A N/O | Food received at proper temperature | | |
| 14 | IN/OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT N/A N/O | Required records available: shellstock tags, parasite destruction | | |

### Protection from Contamination
| 16 | IN/OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN OUT N/A | Food-contact surfaces: cleaned & sanitized | X | |
| 18 | IN/OUT N/A N/O | Food separated & protected | | |

### Time/Temperature Control for Safety
| 19 | IN/OUT N/A N/O | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding | X | |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature | | |
| 22 | IN/OUT N/A N/O | Proper hot holding temperatures | | |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures | | |
| 24 | IN/OUT N/A N/O | Proper date marking & disposition | | |
| 25 | IN OUT N/A N/O | Time as a Public Health Control; procedures & records | | |

### Consumer Advisory
| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods | | |

### Highly Susceptible Populations
| 27 | IN/OUT N/A | Pasteurized foods used; prohibited foods not offered | | |

### Food/Color Additives and Toxic Substances
| 28 | IN OUT N/A | Food additives: approved & properly used | | |
| 29 | IN/OUT N/A | Toxic substances properly identified, stored, & used | | |

### Conformance with Approved Procedures
| 30 | IN/OUT N/A | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

**No. of Risk Factors / Intervention Violations:** +2 &R
**No. of Repeat Risk Factors / Intervention Violations:** 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
| 31 | Pasteurized eggs used where required |
| 32 | Water & Ice from approved source |
| 33 | Variance obtained for specialized processing methods |

### Food Temperature Control
| 34 | Proper cooling methods used; adequate equipment for temperature control |
| 35 | Plant food properly cooked for hot holding |
| 36 | Approved thawing methods used |
| 37 | Thermometers provided & accurate |

### Food Identification
| 38 | Food properly labeled; original container |

### Prevention of Food Contamination
| 39 | X | Insects, rodents, & animals not present |
| 40 | Contamination prevented during food preparation, storage & display |
| 41 | Personal cleanliness |
| 42 | Wiping cloths: properly used & stored |
| 43 | Washing fruits & vegetables |

### Proper Use of Utensils
| 44 | In-use utensils: properly stored |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled |
| 46 | Single-use/single-service articles: properly stored & used |
| 47 | Gloves used properly |

### Utensils, Equipment and Vending
| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used |
| 49 | Warewashing facilities: installed, maintained, & used: test strips |
| 50 | X | Non-food contact surfaces clean |

### Physical Facilities
| 51 | Hot & cold water available; adequate pressure |
| 52 | Plumbing installed: proper backflow devices |
| 53 | Sewage & waste water properly disposed |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned |
| 55 | Garbage & refuse properly disposed; facilities maintained |
| 56 | X | Physical facilities installed, maintained, & clean |
| 57 | Adequate ventilation & lighting; designated areas used |

**Status:** (check one)
- [x] Approved
- [ ] Unsatisfactory
- [ ] Immediate Closure
- [ ] Voluntary Closure

**No. of Good Retail Practices Violations:** 3
**No. of Repeat Good Retail Practices Violations:** 0

**Person in Charge (Signature):** [signature]
**Inspector (Signature):** [signature]
**Date:** 10 April 2017

**Follow-up:** [ ] YES [x] NO   **Date:**
**Corrective Action:** [x] YES [ ] NO   **Date:**

ZG00R003

Exhibit J

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: Western Correctional Facility
Permit #:
Date: 10 April 2017

Address: 2 miles N Lobo Canyon
City: Grants
State: NM
Zip Code: 87020
Phone:

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Cooler #3 | 40°F | | | | |
| Walk in Cooler #2 | 35°F | | | | |
| Walk in Freezer | -19°F | | | | |
| Beans on Stove | 104°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 17 | 4-602.11 Spoon used for stirring beans on the counter. Corrected on site. |
| 20 | 3-403.11 Beans on Stove 104°F. Corrected on site. |
| 39 | 6-501.111 Mice droppings present in facility. Only 2 traps available. |
| 50 | 4-602.13 Blood on and milk on floor in Walk in Cooler #2, plastic and debris on floor in dishware washing room. Rice under cooler in special diets room. |
| 56 | 6-501.11 ① Double doors have a gap on the bottom that are possibly allowing mice into the facility. ② Repair Walk in Cooler #4 where mice have chewed through the insulation. |

Person in Charge (Signature): [signature]
Inspector (Signature): [signature]
Date: 10 April 2017

ZG001094