# EID Corrective Action Plan Form

Warden: Roberta Lucero-Ortega, Warden
Deputy Warden: Pete Perez

Area or Department: Food Service

## SECTION 1: GENERAL INFORMATION

Facility: WNMCF

Date of Audit: 04/10/17

## SECTION 2: CORRECTIVE ACTION PLAN

| Item #/Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date *(Requires QA Bureau Chief Approval)* | Completion Date |
|---|---|---|---|---|---|---|
| 6-501.111 | Mice Droppings present, only 2 traps available. | Bio Hazard Crew | Bio Hazard Crew was called out and cleaned the area and set more traps. | | | 04/10/17 |
| 6-602.13 | Blood and milk on the floor in walk in cooler #2, plastic and debris on floor in dishware washing room. Rice under cooler in special diets room. | Summit Staff | Summit Staff removed all items from the room and cleaned it. They have a schedule to thoroughly clean it every other day. | | | 04/10/17 |
| 6-501.11 | Double doors have a gap on the bottom. | Maintenance Ross Marquez and Duane DeHerrera | Replaced weather stripping on the front door to the kitchen. | | | 04/10/17 |
| 6-501.11 | Repair walk in cooler where mice chewed through the insulation. | Maintenance Ross Marquez and Duane DeHerrera | Replaced molding on the bottom freezer door. Sealed up all cracks on the bottom | | | 04/10/17 |

ZG001095

Exhibit K

| | | of the cooler door. | | |
|---|---|---|---|---|

## SECTION 3: REVIEW/APPROVAL PROCESS FOR DEVELOPED CAP

| Required Approvals | Printed Name | Signature | Date |
|---|---|---|---|
| FACILITY | | | |
| Warden | Roberta Lucero-Ortega | | |
| Deputy Warden | Pete Perez | | |

*NOTE: CAP's which remain open for a period exceeding 90 days will be forwarded to the Director or Adult Prisons.*
**DATE FORWARDED to the Director or Adult Prisons:** _____

## SECTION 4: CAP COMPLETION

Signatures below certify that all strategies/action steps have been completed.

_____  _____  4-12-17
Warden                     Deputy Warden              Date

ZG000508

STATE OF NEW MEXICO
# CORRECTIONS DEPARTMENT
Western New Mexico Correctional Facility: Post Office Drawer 250
Grants, New Mexico 87020
(505) 876-8300 - Main Number (505) 876-8200 – Fax
www.corrections.state.nm.us

**SUSANA MARTINEZ, Governor**
**Central Administration:**
**David Jablonski**
Secretary of Corrections, 827-8884
**Roberta Lucero-Ortega**
Warden, 876-8201
**Pete Perez**
Deputy Warden, 876-8301



**Administrators:**

Randy Dorman, Unit Manager, 876-8302
Lia Archuleta, Unit Manager, 876-8403
Jason Baca, Unit Manager, 876-8205
Cody Dunning, Unit Manager, 876-8498
Jody Cordova, Business Manager, 876-8211
Leslie Padilla, Human Resources Manager, 876-8212
AnnMarie Perez, QA/ACA Manager, 876-8325
Chris Almanza, Physical Plant Manager, 876-8253

*"We commit to the safety and well-being of the people of New Mexico by doing the right thing, always."*

## MEMORANDUM

To: Pete Perez, Deputy Warden
From: Ross Marquez, C/O Specialist   *Ross C. Marquez*
Date: April 10, 2017
Re: Inspection of Food Service

---

Both myself and Duane DeHerrera completed the following in the Main Kitchen on the above date:

- Replaced weather stripping on the front door to the kitchen.
- Replaced molding on the bottom of the freezer door.
- Sealed up all cracks on the bottom of the cooler door as per Deputy Warden Pete Perez.