# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: WNMCP | Address: Lobo Canyon | City: Grants | State: NM | Zip Code: 87020 | Phone: |
|---|---|---|---|---|---|
| Permit #: | Email: | | Est. Type: I | | Risk Category: |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
- [ ] Pre-Opening
- [ ] Opening
- [x] Regular
- [ ] Follow-up
- [ ] Complaint
- [ ] Investigation
- [ ] Closing
- [ ] CAR

Permit Expiration Date:
Time In: 10:07
Time Out:

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance  OUT=not in compliance  N/O=not observed  N/A=not applicable

Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection  R=repeat violation

### Supervision
| # | Status | Description | COS | R |
|---|---|---|---|---|
| 1 | IN/OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager  3/1/18 | | |

### Employee Health
| 3 | IN/OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting |
| 4 | IN/OUT | Proper use of restriction & exclusion |
| 5 | IN/OUT | Procedures for responding to vomiting and diarrheal events |

### Employees
| 6 | IN OUT N/A | Food Handler Cards  3/1/18 |

### Good Hygienic Practices
| 7 | IN OUT N/O | Proper eating, tasting, drinking, or tobacco use |
| 8 | IN OUT N/O | No discharge from eyes, nose, and mouth |

### Preventing Contamination by Hands
| 9 | IN OUT N/O | Hands clean & properly washed |
| 10 | IN OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed |
| 11 | IN OUT | Adequate handwashing sinks; supplied & accessible |

### Approved Source
| 12 | IN OUT | Food obtained from approved source |
| 13 | IN OUT N/A N/O | Food received at proper temperature |
| 14 | IN OUT | Food in good condition, safe, & unadulterated |
| 15 | IN OUT N/A N/O | Required records available: shellstock tags, parasite destruction |

### Protection from Contamination
| 16 | IN OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food |
| 17 | IN OUT N/A | Food-contact surfaces; cleaned & sanitized |
| 18 | IN OUT N/A N/O | Food separated & protected |

### Time/Temperature Control for Safety
| 19 | IN OUT N/A N/O | Proper cooking time & temperatures |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature |
| 22 | IN OUT N/A N/O | Proper hot holding temperatures |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures |
| 24 | IN OUT N/A N/O | Proper date marking & disposition |
| 25 | IN OUT N/A N/O | Time as a Public Health Control: procedures & records |

### Consumer Advisory
| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods |

### Highly Susceptible Populations
| 27 | IN OUT N/A | Pasteurized foods used; prohibited foods not offered |

### Food/Color Additives and Toxic Substances
| 28 | IN OUT N/A | Food additives: approved & properly used |
| 29 | IN OUT N/A | Toxic substances properly identified, stored, & used |

### Conformance with Approved Procedures
| 30 | IN OUT N/A | Compliance with variance / specialized process / HACCP |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

| No. of Risk Factors / Intervention Violations | 0 |
| No. of Repeat Risk Factors / Intervention Violations | 0 |

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
| 31 | Pasteurized eggs used where required |
| 32 | Water & ice from approved source |
| 33 | Variance obtained for specialized processing methods |

### Food Temperature Control
| 34 | Proper cooling methods used; adequate equipment for temperature control |
| 35 | Plant food properly cooked for hot holding |
| 36 | Approved thawing methods used |
| 37 | Thermometers provided & accurate |

### Food Identification
| 38 | Food properly labeled; original container |

### Prevention of Food Contamination
| 39 | X Insects, rodents, & animals not present |
| 40 | Contamination prevented during food preparation, storage & display |
| 41 | Personal cleanliness |
| 42 | Wiping cloths: properly used & stored |
| 43 | Washing fruits & vegetables |

### Proper Use of Utensils
| 44 | In-use utensils: properly stored |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled |
| 46 | Single-use/single-service articles: properly stored & used |
| 47 | Gloves used properly |

### Utensils, Equipment and Vending
| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used |
| 49 | Warewashing facilities: installed, maintained, & used; test strips |
| 50 | Non-food contact surfaces clean |

### Physical Facilities
| 51 | Hot & cold water available; adequate pressure |
| 52 | Plumbing installed; proper backflow devices |
| 53 | Sewage & waste water properly disposed |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned |
| 55 | Garbage & refuse properly disposed; facilities maintained |
| 56 | Physical facilities installed, maintained, & clean |
| 57 | Adequate ventilation & lighting; designated areas used |

**Status:** (check one) [ ] Approved  [x] Unsatisfactory  [ ] Immediate Closure  [ ] Voluntary Closure

| No. of Good Retail Practices Violations | 1 |
| No. of Repeat Good Retail Practices Violations | 0 |

Person in Charge (Signature): _____
Inspector (Signature): _____
Date: 29 July 2017

Follow-up: YES [ ] NO [x]  Date:
Corrective Action Response: YES [x] NO [ ]  Date: 7/29/17

ZG001098

Exhibit L

Retail Food Establishment Inspection Report_051216 Final Rev 02

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** WNMCF Lobo Canyon
**Permit #:**
**Date:**
**Address:** Lobo Canyon
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Phone:**

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Cooler #3 | 40°F | | | | |
| Cooler #2 | 39°F | | | | |
| Freezer #1 | 9°F | | | | |
| Reach in Cooler | 37°F | | | | |
| Reach in Freezer | 9°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6-501.111 Evidence of Mouse droppings found in Cooler #4 area. |

**Person in Charge (Signature):** [signature] FSD
**Inspector (Signature):** [signature]
**Date:** 24 July 2017

Retail Food Establishment Inspection Report_051216 Final Rev 02

ZG001099

# Food Establishment Inspection Report

Page 1 of 2

- Establishment Name: WNMCF Dining Room B
- Address: Lobo Canyon
- City: Grants
- State: NM
- Zip Code: 87020
- Phone:
- Permit #:
- Email:
- Est. Type: I
- Risk Category:

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

Purpose of Inspection: Regular (checked)

Time In: 1037
Time Out:

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. IN OUT — Person in charge present, demonstrates knowledge, and performs duties
2. IN OUT N/A — Certified Food Protection Manager — 3/1/18

### Employee Health
3. IN OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN OUT — Proper use of restriction & exclusion
5. IN OUT — Procedures for responding to vomiting and diarrheal events

### Employees
6. IN OUT N/A — Food Handler Cards — 3/1/18

### Good Hygienic Practices
7. IN OUT N/O — Proper eating, tasting, drinking, or tobacco use
8. IN OUT N/O — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. IN OUT N/O — Hands clean & properly washed
10. IN OUT N/A N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN OUT — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. IN OUT — Food obtained from approved source
13. IN OUT N/A — Food received at proper temperature
14. IN OUT — Food in good condition, safe, & unadulterated
15. IN OUT N/A N/O — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. IN OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN OUT N/A — Food-contact surfaces: cleaned & sanitized
18. IN OUT N/A N/O — Food separated & protected

### Time/Temperature Control for Safety
19. IN OUT N/A N/O — Proper cooking time & temperatures
20. IN OUT N/A N/O — Proper reheating procedures for hot holding
21. IN OUT N/A N/O — Proper cooling time & temperature
22. IN OUT N/A N/O — Proper hot holding temperatures
23. IN OUT N/A N/O — Proper cold holding temperatures
24. IN OUT N/A N/O — Proper date marking & disposition
25. IN OUT N/A N/O — Time as a Public Health Control: procedures & records

### Consumer Advisory
26. IN OUT N/A — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. IN OUT N/A — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. IN OUT N/A — Food additives: approved & properly used
29. IN OUT N/A — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. IN OUT N/A — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. X — Physical facilities installed, maintained, & clean — X
57. Adequate ventilation & lighting; designated areas used

Status: Unsatisfactory (checked)

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

Person In Charge (Signature): [signature]
Inspector (Signature): [signature]
Date: 24 July 2017

Follow-up: NO
Corrective Action Response: NO

ZG001100

Retail Food Establishment Inspection Report_051216 Final Rev 02

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** WNMCF Dining Room B
**Permit #:**
**Date:**

**Address:** Lobo Canyon
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Phone:**

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| | | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 5b | 6-501.11 Warewash sink is backed up. (C) Maintenance called and is working on it. Corrected on site. |

Person in Charge (Signature): [signed] FSD
Inspector (Signature): [signed]
Date: 24 July 2017

Retail Food Establishment Inspection Report_051216 Final Rev 02

ZG001101