*EID: Corrective Action Plan Form*

Warden: Roberta Lucero-Ortega
Deputy Warden Pete Perez

Area or Department: Food Service Grants NM

## SECTION 1: GENERAL INFORMATION

Facility: WNMCF
Submitted By: Nicole Garcia FSSO Officer, Summit Berleen Estevan

Date of Inspection: _7/24/17_

## SECTION 2: CORRECTIVE ACTION PLAN

| Item# Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date | Completion Date |
|---|---|---|---|---|---|---|
| 6-501.111 | Mice Droppings in Cooler # 4 | Bio Hazard Crew | Bio Hazard was sent to Main Kitchen to clean up what appeared to be a dead rodent. After clearing up and cleaning the area, it was found to be a buildup of lint and not a dead rodent. | 7/28/17 | | 7/26/17 |
| | | | Mr. Orona, Maintenance entered Main Kitchen on 7/26/17 and advised that they will be ordering Stainless Steel to seal up the holes in Cooler # 4 | But will take time for the Purchase order to be approved from Santa Fe. | | |

ZG001102

Exhibit M