# Food Establishment Inspection Report

Page 1 of 2

| Field | Value |
|---|---|
| Establishment Name | WNMC Navajo |
| Address | 2 mi N. Lobo Canyon |
| City | Goats |
| State | NM |
| Zip Code | 87020 |
| Phone | |
| Permit # | 000115 |
| Email | |
| Est. Type | I |
| Risk Category | 3 |
| Permit Expiration Date | |
| Time In | 9:45 |
| Time Out | |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

Purpose of Inspection: ☑ Regular

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. IN / OUT — Person in charge present, demonstrates knowledge, and performs duties [IN circled]
2. IN / OUT / N/A — Certified Food Protection Manager [OUT circled]

### Employee Health
3. IN / OUT — Management, food employee and conditional employee, knowledge, responsibilities and reporting [IN circled]
4. IN / OUT — Proper use of restriction & exclusion [IN circled]
5. IN / OUT — Procedures for responding to vomiting and diarrheal events [IN circled]

### Employees
6. IN / OUT / N/A — Food Handler Cards [N/A circled]

### Good Hygienic Practices
7. IN / OUT / N/O — Proper eating, tasting, drinking, or tobacco use [IN circled]
8. IN / OUT / N/O — No discharge from eyes, nose, and mouth [IN circled]

### Preventing Contamination by Hands
9. IN / OUT / N/O — Hands clean & properly washed [IN circled]
10. IN / OUT / N/A / N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed [IN circled]
11. IN / OUT — Adequate handwashing sinks, supplied & accessible [IN circled]

### Approved Source
12. IN / OUT — Food obtained from approved source [IN circled]
13. IN / OUT / N/A / N/O — Food received at proper temperature [N/O circled]
14. IN / OUT — Food in good condition, safe, & unadulterated [IN circled]
15. IN / OUT / N/A / N/O — Required records available: shellstock tags, parasite destruction [N/A circled]

### Protection from Contamination
16. IN / OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food [IN circled]
17. IN / OUT / N/A — Food-contact surfaces; cleaned & sanitized [IN circled]
18. IN / OUT / N/A / N/O — Food separated & protected [IN circled]

### Time/Temperature Control for Safety
19. IN / OUT / N/A / N/O — Proper cooking time & temperatures [N/O circled]
20. IN / OUT / N/A / N/O — Proper reheating procedures for hot holding [N/O circled]
21. IN / OUT / N/A / N/O — Proper cooling time & temperature [N/O circled]
22. IN / OUT / N/A / N/O — Proper hot holding temperatures [IN circled]
23. IN / OUT / N/A / N/O — Proper cold holding temperatures [IN circled]
24. IN / OUT / N/A / N/O — Proper date marking & disposition [IN circled]
25. IN / OUT / N/A / N/O — Time as a Public Health Control: procedures & records [IN circled]

### Consumer Advisory
26. IN / OUT / N/A — Consumer advisory provided for raw/undercooked foods [N/A circled]

### Highly Susceptible Populations
27. IN / OUT / N/A — Pasteurized foods used; prohibited foods not offered [IN circled]

### Food/Color Additives and Toxic Substances
28. IN / OUT / N/A — Food additives: approved & properly used [IN circled]
29. IN / OUT / N/A — Toxic substances properly identified, stored, & used [IN circled]

### Conformance with Approved Procedures
30. IN / OUT / N/A — Compliance with variance / specialized process / HACCP [N/A circled]

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

| | |
|---|---|
| No. of Risk Factors / Intervention Violations | 8 |
| No. of Repeat Risk Factors / Intervention Violations | 8 |

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled, original container

### Prevention of Food Contamination
39. [X] Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed, facilities maintained
56. [X] Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

Status: (check one) Approved [✓] Unsatisfactory [ ] Immediate Closure [ ] Voluntary Closure [ ]

| | |
|---|---|
| No. of Good Retail Practices Violations | 2 |
| No. of Repeat Good Retail Practices Violations | |

Person in Charge (Signature): [signed]
Inspector (Signature): [signed]
Date: 1/10/18

Follow-up: YES / NO [NO marked]   Date: 
Corrective Action Response: YES [✓] / NO   Date: 1/31/18

Retail Food Establishment Inspection Report_051216 Final Rev 02

ZG001105

Exhibit N

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: WNMC Mart
Permit #: 000115
Date: 1/10/18

Address: 2 mi. N. Lobo Canyon
City: Grants
State: NM
Zip Code: 87020
Phone:

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Freezer #1 | 7°F | Hot Holding | 142°F | | |
| Cooler #2 | 35°F | | | | |
| Cooler #3 | 40°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| C 39 | 6-501.111 (D) Mice droppings present in tool room and dry storage. |
| C 56 | 6-501.11 Washware sink had a leak at the valve when opened to drain the sink. |

Person in Charge (Signature): [signature]
Inspector (Signature): [signature]
Date: 1/10/18