

To: Roberta Lucero-Ortega, Warden

From: Berleen Estevan, Food Service Director  *BEE 1/12/18*

Date: January 12, 2018

Re: Corrective action (EID inspection 01/10/2018)

This memo is in response to the corrective action taken noncompliance;

- C 39 6-5901.111 (D) Mice droppings present in the tool and dry storage. **Corrective action request was asked same day of EID inspection that FFSO Sanchez sent his Bio Hazzard team to clean mice droppings. FFSO Sanchez refused and stated that Beavers was Bio Hazzard Certified and she can clean it up herself. Inmate beavers was working with food and it would be considered cross contaminating.**
- Mice droppings was cleaned by inmate that was not working with food.
- C 56 6-501.11 Washware sink had leak at the valve when opened to drain the sink. **Corrective action mainteance work order put in via net facilities.**

Exhibit O

ZG001066