# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: | Physical Address: | | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| WNMC | 2111 Lobo Canyon Rd | | Grants | NM | 87020 |

| Permit #: | Permit Expiration Date: | Phone: | Email: | Est. Type: |
|---|---|---|---|---|
| 000115 | Oct 2019 | | | I |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** ☐ Pre-Opening ☐ Annual ☑ Complaint ☐ Closing ☐ Opening ☐ Re-inspection ☐ Investigation ☐ CAR ☐ Other ☐ Initial Operational

**Risk Category:** 
Time In: 9:07
Time Out:

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance  OUT=not in compliance  N/O=not observed  N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection  R=repeat violation

### Supervision
1. (IN) OUT — Person in charge present, demonstrates knowledge, and performs duties
2. IN OUT N/A — Certified Food Protection Manager (struck through)

### Employee Health
3. (IN) OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. (IN) OUT — Proper use of restriction & exclusion
5. (IN) OUT — Procedures for responding to vomiting and diarrheal events

### Employees
6. IN OUT N/A — Food Handler Cards (struck through)

### Good Hygienic Practices
7. (IN) OUT N/O — Proper eating, tasting, drinking, or tobacco use
8. (IN) OUT N/O — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. (IN) OUT N/O — Hands clean & properly washed
10. (IN) OUT N/A N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. (IN) OUT — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. (IN) OUT — Food obtained from approved source
13. IN OUT N/A (N/O) — Food received at proper temperature
14. (IN) OUT — Food in good condition, safe, & unadulterated
15. IN OUT (N/A) N/O — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. (IN) OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. (IN) OUT N/A — Food-contact surfaces; cleaned & sanitized
18. (IN) OUT N/A N/O — Food separated & protected

### Time/Temperature Control for Safety
19. (IN) OUT N/A N/O — Proper cooking time & temperatures
20. (IN) OUT N/A N/O — Proper reheating procedures for hot holding
21. (IN) OUT N/A N/O — Proper cooling time & temperature
22. (IN) OUT N/A N/O — Proper hot holding temperatures
23. (IN) OUT N/A N/O — Proper cold holding temperatures
24. IN (OUT) N/A N/O — Proper date marking & disposition  — X
25. (IN) OUT N/A N/O — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. IN OUT (N/A) — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. (IN) OUT N/A — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. (IN) OUT N/A — Food additives: approved & properly used
29. (IN) OUT N/A — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. IN OUT N/A — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 1
No. of Repeat Risk Factors / Intervention Violations: 

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. X — Warewashing facilities: installed, maintained, & used; test strips — X
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. X — Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

No. of Good Retail Practices Violations: 2
No. of Repeat Good Retail Practices Violations: 0

Reinspection: Yes ☐ No ☑ Date: 
Corrective Action Response: Yes ☑ No ☐ Date: 1-4-2019

Status (check one): Approved ☐ Unsatisfactory ☑ Immediate Closure ☐ Voluntary Closure ☐

Person in Charge: (Signature) — 12-5-18
Inspector: (Signature) — Date: 12/5/18

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: WNMC

Permit #: 000115

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Freezer #1 | 12°F | | | | |
| Walk in Cooler #2 | 56°F | | | | |
| Walk in cooler #3 | 38°F | | | | |
| Hot Holding | 212°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 23 | |
| 24 | 3-501.17 Lunch meat in Cooler #3 did not have date label on it. Corrected on site. Summit Employee wrote the label and date on the item when asked. |
| 49 | 4-301.14 Quat Sanitizing Solution 100mg/L not meeting the manufacturers recommendation of 200mg/L - 400mg/L. Corrected on site. Summit employee added solution to the sink to bring the sanitizer solution to 200mg/L. Note: Employees are pouring the solution directly into sink and buckets. Eco Lab "mixing" device is on site but it does not function and has not been maintained. No current log of Sanitizer concentration maintained or available. Quat Solution in buckets 200 mg/L |
| 56 | 6-501.11 Reach in cooler in "diet room" is missing a leg on the rear right side. |

Person in Charge: (Printed) Arthur Sanchez
Person In Charge: (Signature) _____ 12-5-18
Inspector: (Printed) Ramon Olsen
Inspector: (Signature) _____ Date: 12/5/18