# NEW MEXICO CORRECTIONS DEPARTMENT
## Interdisciplinary Progress Notes



***DOCUMENT VITAL SIGNS EACH TIME PATIENT SEEN: T; HT; WT; BMI, P; R; O₂, BP; Peak Flow, INITIALS***

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 8/25/18 | 1700 | IM arrived to medical c/o of nausea vomiting and diarrhea that started this morning. The IM hasn't been able to keep anything down. On assessment the IM vomited green tinged fluid. Vitals WNL. The provider was notified and ordered 50mg phenergan IM now & in 30 min immodium |
| Temp (F) | 97.4 | |
| HT (inches) | 5'4 | |
| WT (lbs.) | 130 | |
| BMI | | |
| Pulse | 81 | |
| Respirations | 18 | |
| O2 | 93% RA | |
| BP | 130/96 | |
| Peak Flow: | | |

ALLERGIES (Red Ink) NKDA

| | Garcia, Monica 3/4/89 #84277 | NMCD# | DOB | WWCF Facility |
|---|---|---|---|---|

NMCD Approved
Rev. 06/25/2018

Medical Records Section 2

NMCD Form
#201 Interdisciplinary

Exhibit R

ZG000638