# NEW MEXICO CORRECTIONS DEPARTMENT
## Interdisciplinary Progress Notes

| DATE | TIME | |
|---|---|---|
| 1/6/18 | 1427 | Pt c/o severe abd cramping/nausea. No periods/menstrual cycle since 2007.<br><br>BP 118/84<br>RR 14<br>HR 70<br>O2 97%<br>T 98.4<br><br>S- "The pain started this morning. I haven't had a period since 2007. RED 2006. Started menses age 11y. Always irregular. The pain is in my lower abd & my back. Pain is 8/10, intermittent, no vaginal d/c, no dysuria. I've had an IUD x 3 yrs." G₅ P₃ SAb 2. Diarrhea x 2 days, 8x yesterday, 3x today. (+) vomiting.<br>O- A&Ox4. CV- S₁ & S₂ I/5 murmur at RUSB, RRR. Resp- lungs CTA. GI- (+) BS 4 quads, abd soft, lower abd tenderness c palp. No CVA tenderness. A- Gastroenteritis P- Clear liq, lay-in x 2days, phenergan, 1 box lomotil, instructed to return if worse in any way. L. Billy CNP |

ALLERGIES(Red Ink): Depakote, Haldol, Lithium, Celexa

| Taputas, Susie | 109?0 | | |
|---|---|---|---|
| Patient Name | NMCD# | DOB | FACILITY |

***DOCUMENT VITAL SIGNS EACH TIME PTIENT SEEN: T;P;R;BP;WT;HT;INITIALS***