# New Mexico Corrections Department
## Wanted For Escape / Master Record Entry

9/7/2017

**D and E:** 
**Offender No:** 519062
**NMCD:** 84277
**Age:** 28
**SSN:** 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
**DOB:** 03/04/1989
**Name:** GARCIA, MONICA STAR
**Alias 1:**
**Other alias:** 0
**Address:** 409 MIMI CT NW, ALBUQUERQUE, NM, 87105
**Marital Status:** NEVER MARRIED
**Other SSN:** 1
**Height:** 5' 4"
**Weight:** 110
**Sex:** FEMALE
**Eye:** BROWN
**Hair:** BROWN
**Victim(s):** N
**Birthplace:** ALBUQUERQUE
**State:** NM
**FBI:** 556589FD0
**Military:** NONE
**Cautions:** 0
**Ethnicity:** HISPANIC WHITE
**No of Dependents:** 0
**Religion:** ROMAN CATHOLIC
**Other DOB:** 0
**Gang(s):** No Gangs Listed

**Occup:** UNEMPLOYED
**Education:**
**Emer.Contact:** MARYLOU GARCIA
**Phone:** (505) 620-6771
**Address:** 409 MIMI CT. NW
**City:** ALBUQUERQUE
**State:** NM
**Zip:** 87105
**Father:** MIKE GARCIA
**Phone:** (505) 620-6772
**Addr:** SAME AS OFFENDER
**Deceased:**
**City:** ALBUQUERQUE
**State:** NM
**Zip:** 87105
**Mother:** MARYLOU GARCIA
**Phone:** (505) 620-6771
**Addr:** 409 MIMI CT. NW
**Deceased:**
**City:** ALBUQUERQUE
**State:** NM
**Zip:** 87105
**Spouse:**
**Phone:**
**Addr:**
**Deceased:**
**City:**
**State:**
**Zip:**

Photo (GARCIA, M. 84277 W.N.M.C.F 08-30-2017)

**Photo Date:** 8/30/2017
**Other cases:** 0
**Other Offenses:** 0

**Sentence Began:** 8/22/2017
**County-Of-Conviction:** BERNALILLO
**Judge:** MARK A MACARON
**Case 1:** D-202-CR-2017-00369
**Sentence 1:** 2.5 Years
**Defense Atty:** DANIEL SALAZAR
**Offense1:** POSSESSION OF CNTRLD SUBST - FELONY
**Plea:** GUILTY
**Offense2:**
**Plea:**
**Offense3:**
**Plea:**

**Sentence Began:** 8/22/2017
**County-Of-Conviction:** BERNALILLO
**Judge:** JACQUELINE FLORES
**Case 2:** D-202-CR-2017-01614
**Sentence 2:** 2.5 Years
**Defense Atty:** DANIEL SALAZAR
**Offense1:** RECEIVING/TRANSFERRING STOLEN VEHICLE/MOTOR VEHICLE - FIRST
**Plea:** GUILTY
**Offense2:** BREAKING AND ENTERING
**Plea:** GUILTY
**Offense3:**
**Plea:**

**Sentence Began:**
**County-Of-Conviction:**
**Judge:**
**Case 3:**
**Sentence 3:**
**Defense Atty:**
**Offense1:**
**Plea:**
**Offense2:**
**Plea:**
**Offense3:**
**Plea:**

**Identifying Marks:**
GLASSES (PRESCRIPTION): N/A; PIERCED TONGUE: TWO TIMES; TATTOO(S) BACK: SKULL AND CROSSBONES; TATTOO(S) WRIST, LEFT: S; PIERCED EARS: GUAGED 7/8", TOP LEFT EAR; SCAR ARM, RIGHT, (NONSPECIFIC): 4 INCHES; TATTOO(S) LEG, LEFT: BEE; TATTOO(S) WRIST, RIGHT: M; PIERCED LIP, LOWER: LEFT SIDE; TATTOO(S) ABDOM: LIPS; TATTOO(S) LEG, RIGHT: ERICA; PIERCED LIP, UPPER: MONROE LEFT SIDE; TATTOO(S) ARM, RIGHT: POR VIDA; TATTOO(S) RIGHT RIB: LITTLE MERMAID

Exhibit F

ZG000749