# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: | Physical Address: | City: | State: | Zip Code: |
|---|---|---|---|---|
| Western NM Corr | 2111 Lobo Canyon | Grants | NM | 87020 |

| Permit #: | Permit Expiration Date: | Phone: | Email: | Est. Type: |
|---|---|---|---|---|
| 002160 | Oct 2019 | | | I |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** Annual (checked)

**Risk Category:**
Time In: 10:50
Time Out: ~~10:25~~ 11:25

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
Mark "X" in appropriate box for COS and/or R
IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable
COS=corrected on-site during inspection    R=repeat violation

### Compliance Status

**Supervision**
1. IN (circled) / OUT — Person in charge present, demonstrates knowledge, and performs duties
2. ~~IN OUT N/A — Certified Food Protection Manager~~

**Employee Health**
3. IN (circled) / OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN (circled) / OUT — Proper use of restriction & exclusion
5. IN (circled) / OUT — Procedures for responding to vomiting and diarrheal events

**Employees**
6. ~~IN OUT N/A — Food Handler Cards~~

**Good Hygienic Practices**
7. IN OUT N/O (circled) — Proper eating, tasting, drinking, or tobacco use
8. IN OUT N/O (circled) — No discharge from eyes, nose, and mouth

**Preventing Contamination by Hands**
9. IN OUT N/O (circled) — Hands clean & properly washed
10. IN OUT N/A N/O (circled) — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN (circled) OUT — Adequate handwashing sinks; supplied & accessible

**Approved Source**
12. IN (circled) OUT — Food obtained from approved source
13. IN OUT N/A N/O (circled) — Food received at proper temperature
14. IN (circled) OUT — Food in good condition, safe, & unadulterated
15. IN OUT N/A (circled) N/O — Required records available: shellstock tags, parasite destruction

### Compliance Status

**Protection from Contamination**
16. IN (circled) OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN (circled) OUT N/A — Food-contact surfaces; cleaned & sanitized
18. IN OUT N/A N/O (circled) — Food separated & protected

**Time/Temperature Control for Safety**
19. IN OUT N/A N/O (circled) — Proper cooking time & temperatures
20. IN OUT N/A N/O (circled) — Proper reheating procedures for hot holding
21. IN OUT N/A N/O (circled) — Proper cooling time & temperature
22. IN OUT N/A N/O (circled) — Proper hot holding temperatures
23. IN OUT N/A N/O (circled) — Proper cold holding temperatures
24. IN OUT N/A N/O (circled) — Proper date marking & disposition
25. IN OUT N/A N/O (circled) — Time as a Public Health Control; procedures & records

**Consumer Advisory**
26. IN OUT N/A (circled) — Consumer advisory provided for raw/undercooked foods

**Highly Susceptible Populations**
27. IN (circled) OUT N/A — Pasteurized foods used; prohibited foods not offered

**Food/Color Additives and Toxic Substances**
28. IN (circled) OUT N/A — Food additives: approved & properly used
29. IN (circled) OUT N/A — Toxic substances properly identified, stored, & used

**Conformance with Approved Procedures**
30. IN OUT N/A (circled) — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance    Mark "X" in appropriate box for COS and/or R    COS=corrected on site during inspection    R=repeat violation

**Safe Food and Water**
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

**Food Temperature Control**
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

**Food Identification**
38. Food properly labeled; original container

**Prevention of Food Contamination**
39. [X] Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

**Proper Use of Utensils**
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

**Utensils, Equipment and Vending**
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

**Physical Facilities**
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

Reinspection: Yes [ ] No [✓] Date: _____
Corrective Action Response: Yes [ ] No [✓] Date: _____

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

Status: (check one) Approved [✓] Unsatisfactory [ ]    Immediate Closure [ ]    Voluntary Closure [ ]

Person in Charge: (Signature) _____ 1-23-19
Inspector: (Signature) _____ Date: 1/23/19

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Correctional Dining Room B

**Permit #:** 002160

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| | | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6-501.111 Rodent droppings observed in the kitchen. Maintenance room is the possible source for the rodents to enter. Holes in the wall and ceiling need to be sealed to minimize entrance for the rodents |

**Person in Charge: (Printed)** Arthur Sanchez

**Person In Charge: (Signature)** [signature]

**Inspector: (Printed)** Ramon Opoda

**Inspector: (Signature)** [signature]

**Date:** 1/23/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001110