# Food Establishment Inspection Report

Page 1 of 2

**Establishment Name:** WNMC
**Physical Address:** 2111 Lobo Canyon Rd
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Permit #:** 000115
**Permit Expiration Date:** Oct 2019
**Phone:**
**Email:**
**Est. Type:** I

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** Closing (checked)
**Risk Category:**
**Time In:** 10:46
**Time Out:** 12:36

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. IN — Person in charge present, demonstrates knowledge, and performs duties
2. IN — Certified Food Protection Manager

### Employee Health
3. IN — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN — Proper use of restriction & exclusion
5. IN — Procedures for responding to vomiting and diarrheal events

### Employees
6. IN — Food Handler Cards

### Good Hygienic Practices
7. IN — Proper eating, tasting, drinking, or tobacco use
8. IN — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. IN — Hands clean & properly washed
10. IN — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. IN — Food obtained from approved source
13. IN — Food received at proper temperature
14. IN — Food in good condition, safe, & unadulterated
15. IN — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. IN — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN — Food-contact surfaces; cleaned & sanitized
18. — Food separated & protected

### Time/Temperature Control for Safety
19. — Proper cooking time & temperatures
20. — Proper reheating procedures for hot holding
21. OUT — Proper cooling time & temperature (X)
22. — Proper hot holding temperatures
23. IN — Proper cold holding temperatures
24. OUT — Proper date marking & disposition (X)
25. IN — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. N/A — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. IN — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. IN — Food additives: approved & properly used
29. IN — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. N/A — Compliance with variance / specialized process / HACCP

No. of Risk Factors / Intervention Violations: 2
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. X — Insects, rodents, & animals not present (X X)
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths; properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 1

**Reinspection:** No
**Corrective Action Response:** Yes  Date: 4/8/19

**Status:** Unsatisfactory (checked)

**Person in Charge (Signature):** Noena
**Inspector (Signature):**
**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001113

Exhibit L

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: WNMC Main

Permit #: 000115

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Cooler #3 | 40°F | | | | |
| Walk in Cooler #2 | 36°F | | | | |
| Walk in Freezer #1 | 8°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 21 | 3-501.14 Beans left on counter. Temperature on this item was 115°F. No verification as to how long they were left on the counter. Corrected on site. Beans were thrown away. |
| 24 | 3-501.17 Tortillas in cooler #2 with no date on package. Corrected on site. Package thrown away by kitchen supervisor. Pasta in Freezer past throw out date of March 30th. Corrected on site. Pan of pasta thrown away. |
| 39 | 6-501.111 Observed a mouse run from behind stove to table near office. Mouse droppings observed in dry storage area of kitchen. Maintenance is working on removing table that could potential allow access to roof or ceiling for mice. CAR. |

Note: attached is the contract for pest control.

Person in Charge: (Printed) V. Lora
Person In Charge: (Signature) Lora
Inspector: (Printed) Ramon Oroca
Inspector: (Signature)
Date: 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001114

# Food Establishment Inspection Report

Page 1 of 2

**Establishment Name:** WNMC Dining B
**Physical Address:** 2111 Lobo Canyon Rd
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Permit #:** 002160
**Permit Expiration Date:** Oct 2019
**Phone:**
**Email:**
**Est. Type:**

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** ☐ Pre-Opening  ☐ Annual  ☒ Complaint  ☐ Closing  ☐ Opening  ☐ Re-inspection  ☐ Investigation  ☐ CAR  ☐ Other  ☐ Initial Operational

**Risk Category:**
**Time In:** 10:46
**Time Out:** 12:41

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. **IN** OUT — Person in charge present, demonstrates knowledge, and performs duties
2. **IN** OUT N/A — Certified Food Protection Manager

### Employee Health
3. **IN** OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. **IN** OUT — Proper use of restriction & exclusion
5. **IN** OUT — Procedures for responding to vomiting and diarrheal events

### Employees
6. **IN** OUT N/A — Food Handler Cards

### Good Hygienic Practices
7. **IN** OUT N/O — Proper eating, tasting, drinking, or tobacco use
8. **IN** OUT N/O — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. **IN** OUT N/O — Hands clean & properly washed
10. **IN** OUT N/A N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. **IN** OUT — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. **IN** OUT — Food obtained from approved source
13. IN OUT N/A **N/O** — Food received at proper temperature
14. **IN** OUT — Food in good condition, safe, & unadulterated
15. IN OUT **N/A** N/O — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. **IN** OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. **IN** OUT N/A — Food-contact surfaces; cleaned & sanitized
18. **IN** OUT N/A N/O — Food separated & protected

### Time/Temperature Control for Safety
19. IN OUT N/A **N/O** — Proper cooking time & temperatures
20. **IN** OUT N/A N/O — Proper reheating procedures for hot holding
21. IN OUT N/A **N/O** — Proper cooling time & temperature
22. **IN** OUT N/A N/O — Proper hot holding temperatures
23. **IN** OUT N/A N/O — Proper cold holding temperatures
24. **IN** OUT N/A N/O — Proper date marking & disposition
25. **IN** OUT N/A N/O — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. IN OUT **N/A** — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. **IN** OUT N/A — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. **IN** OUT N/A — Food additives: approved & properly used
29. **IN** OUT N/A — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. **IN** OUT N/A — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. **X** Insects, rodents, & animals not present   **X**
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

**Reinspection:** Yes ☐ No ☒ Date:
**Corrective Action Response:** Yes ☐ No ☒ Date:

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

**Status:** Approved ☒ Unsatisfactory ☐ Immediate Closure ☐ Voluntary Closure ☐

**Person in Charge:** (Signature)
**Inspector:** (Signature)
**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001115

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Dining B

**Permit #:** 002/60

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Beef | 137°F | | | | |
| Beans | 141°F | | | | |
| Hot Holding | 168°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6501.112 Glue trap had 4 mice on it. Glue trap was located in the water closet in dining room B. Corrected site. Glue trap was removed and replaced with a new trap. |
| | Note: Birds sometimes fly into the dining area. Staff get them out as soon as possible and wipe down any areas they land or defecate. Mice enter the facility in through the water closet. A contract with PDI will be provided. |

**Person in Charge: (Printed)** A. Sanchez

**Person In Charge: (Signature)** [signature]

**Inspector: (Printed)** Ramon Orona

**Inspector: (Signature)** [signature]

**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001116

*EID: Corrective Action Plan Form*

Warden: Leon Martinez

Deputy Warden Leon Martinez

Area or Department: Maintenance WNMCF
Grants NM

## SECTION 1: GENERAL INFORMATION

Facility: WNMCF

Submitted By: Arthur Sanchez FSSO Officer, Physical Plant Manager Almanza C.

Date of Inspection: _____4/4/19_____

## SECTION 2: CORRECTIVE ACTION PLAN

| Item# Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date | Completion Date |
|---|---|---|---|---|---|---|
| 6-501.111 | Observed a mouse run from the prep table with the stack that goes to roof area, possible area where mice can travel and nest in stack area gaining access to roof. | Physical Plant/Maintenance | Physical plant manager Almanza and maintenance personal immediately started work on removing the stack and covering any ceiling penetrations. | 4/8/19 per EID Orona deadline date to correct | N/A | |
| | Mr. Orona EID and FSSO Sanchez observed mice run out from prep table near stack area towards stove then back to stack area. | | | | | |

ZG001117

| | | | | | | |
|---|---|---|---|---|---|---|
| 6501.11 2 | Glue trap in B-Dining in water closet with caught mice deceased, repeat occurance in this area. | FSSO Sanchez A. | FSSO Sanchez checked on area and the trap was removed and placed with new one by Summit Supervisor Miss H. | 4/4/19 | N/A | 4/4/19 |

**ZG001118**