# NEW MEXICO CORRECTIONS DEPARTMENT
## Interdisciplinary Progress Notes



***DOCUMENT VITAL SIGNS EACH TIME PATIENT SEEN: T; HT; WT; BMI, P; R; O₂, BP; Peak Flow, INITIALS***

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 8/25/18 | 1700 | IM arrived to medical c/o of nausea, vomiting and diarrhea that started this morning. The IM hasn't been able to keep anything down. On assessment the IM vomited green tinged fluid. Vitals WNL. The provider was notified and ordered 50mg phenergan IM now & in 30 min immodium |
| Temp (F) | 97.4 | |
| HT (inches) | 5'4 | |
| WT (lbs.) | 130 | |
| BMI | | |
| Pulse | 81 | |
| Respirations | 18 | |
| O2 | 93% RA | |
| BP | 130/96 | |
| Peak Flow: | | |

ALLERGIES (Red Ink)  NKOA

Garcia, Monica
3/4/89 #84277

NMCD#     DOB     Facility: WWCF

NMCD Approved
Rev. 06/25/2018

Medical Records Section 2

NMCD Form
#201 Interdisciplinary Progress Notes

ZG000638

Exhibit N