# NEW MEXICO CORRECTIONS DEPARTMENT
## Interdisciplinary Progress Notes

| DATE | TIME | |
|---|---|---|
| 1/6/15 | 1427 | Pt c/o severe abd cramping/nausea. No periods/menstrual cycle since 2007. |
| | | BP 118/84 |
| | | Rs 14 |
| | | HR 70 |
| | | O2 sat 97% |
| | | T- 98.4 |
| | | S- "The pain started this morning. I haven't had a period since 2007. RID 2006. Started menses age 11yr. Always irregular. The pain is in my lower abd & my back. Pain is 8/10, intermittent, no vaginal d/c, no dysuria. I've had an IUD x 3 yrs." G₀ P₂ sAb₂. Diarrhea x 2 days, 8x yesterday, 3x today. (+) vomiting. |
| | | O- A&O x 4. CV- S₁ & S₂ I/S murmur (?)ruf, RRR. Resp- lungs CTA. GI- (+) BS 4 quads, abd soft, lower abd. tenderness c palp. No CVA tenderness. A- Gastroenteritis P- Clear liq, lay-in x 2 days, phenergan, 1 box lomotil. Instructed to return if worse in anyway. L. Bibby CNP |

ALLERGIES (Red Ink)  Depakote, Haldol, Lithium, celexa

| Patient Name | NMCD# | DOB | FACILITY |
|---|---|---|---|
| Caputos, Susie | 70920 | | |

***DOCUMENT VITAL SIGNS EACH TIME PTIENT SEEN: T;P;R;BP;WT;HT;INITIALS***

NMCD Approved
Rev 07/01/21012

Medical Record Section 2

NMCD Form
201 Interdisciplinary Progress Notes

Exhibit O