# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: | Physical Address: | | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| Western NM Corr | 2111 Lobo Canyon | | Grants | NM | 87020 |
| Permit #: | Permit Expiration Date: | Phone: | Email: | | Est. Type: |
| 002160 | Oct 2019 | | | | I |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
☐ Pre-Opening   ☑ Annual   ☐ Complaint   ☐ Closing
☐ Opening   ☐ Re-Inspection   ☐ Investigation   ☐ CAR
☐ Other   ☐ Initial Operational

**Risk Category:**
Time In: 10:50
Time Out: ~~10:25~~ 11:25

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
Mark "X" in appropriate box for COS and/or R
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
COS=corrected on-site during inspection   R=repeat violation

### Supervision
| # | Compliance Status | | COS | R |
|---|---|---|---|---|
| 1 | (IN) OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | ~~IN OUT N/A~~ | ~~Certified Food Protection Manager~~ | | |

### Employee Health
| 3 | (IN) OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | (IN) OUT | Proper use of restriction & exclusion | | |
| 5 | (IN) OUT | Procedures for responding to vomiting and diarrheal events | | |

### Employees
| 6 | ~~IN OUT N/A~~ | ~~Food Handler Cards~~ | | |

### Good Hygienic Practices
| 7 | IN OUT (N/O) | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN OUT (N/O) | No discharge from eyes, nose, and mouth | | |

### Preventing Contamination by Hands
| 9 | IN OUT (N/O) | Hands clean & properly washed | | |
| 10 | IN OUT N/A (N/O) | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | (IN) OUT | Adequate handwashing sinks; supplied & accessible | | |

### Approved Source
| 12 | (IN) OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A (N/O) | Food received at proper temperature | | |
| 14 | (IN) OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT (N/A) N/O | Required records available: shellstock tags, parasite destruction | | |

### Protection from Contamination
| 16 | (IN) OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | (IN) OUT N/A | Food-contact surfaces; cleaned & sanitized | | |
| 18 | IN OUT N/A (N/O) | Food separated & protected | | |

### Time/Temperature Control for Safety
| 19 | IN OUT N/A (N/O) | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A (N/O) | Proper reheating procedures for hot holding | | |
| 21 | IN OUT N/A (N/O) | Proper cooling time & temperature | | |
| 22 | IN OUT N/A (N/O) | Proper hot holding temperatures | | |
| 23 | IN OUT N/A (N/O) | Proper cold holding temperatures | | |
| 24 | IN OUT N/A (N/O) | Proper date marking & disposition | | |
| 25 | IN OUT N/A (N/O) | Time as a Public Health Control; procedures & records | | |

### Consumer Advisory
| 26 | IN OUT (N/A) | Consumer advisory provided for raw/undercooked foods | | |

### Highly Susceptible Populations
| 27 | (IN) OUT N/A | Pasteurized foods used; prohibited foods not offered | | |

### Food/Color Additives and Toxic Substances
| 28 | (IN) OUT N/A | Food additives: approved & properly used | | |
| 29 | (IN) OUT N/A | Toxic substances properly identified, stored, & used | | |

### Conformance with Approved Procedures
| 30 | IN OUT (N/A) | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R
COS=corrected on site during inspection   R=repeat violation

### Safe Food and Water
| # | | COS | R |
|---|---|---|---|
| 31 | Pasteurized eggs used where required | | |
| 32 | Water & ice from approved source | | |
| 33 | Variance obtained for specialized processing methods | | |

### Food Temperature Control
| 34 | Proper cooling methods used; adequate equipment for temperature control | | |
| 35 | Plant food properly cooked for hot holding | | |
| 36 | Approved thawing methods used | | |
| 37 | Thermometers provided & accurate | | |

### Food Identification
| 38 | Food properly labeled; original container | | |

### Prevention of Food Contamination
| 39 | X Insects, rodents, & animals not present | | |
| 40 | Contamination prevented during food preparation, storage & display | | |
| 41 | Personal cleanliness | | |
| 42 | Wiping cloths: properly used & stored | | |
| 43 | Washing fruits & vegetables | | |

### Proper Use of Utensils
| 44 | In-use utensils: properly stored | | |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled | | |
| 46 | Single-use/single-service articles: properly stored & used | | |
| 47 | Gloves used properly | | |

### Utensils, Equipment and Vending
| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 49 | Warewashing facilities: installed, maintained, & used; test strips | | |
| 50 | Non-food contact surfaces clean | | |

### Physical Facilities
| 51 | Hot & cold water available; adequate pressure | | |
| 52 | Plumbing installed; proper backflow devices | | |
| 53 | Sewage & waste water properly disposed | | |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 55 | Garbage & refuse properly disposed; facilities maintained | | |
| 56 | Physical facilities installed, maintained, & clean | | |
| 57 | Adequate ventilation & lighting; designated areas used | | |

**Reinspection:** Yes ☐ No ☑ Date: _____
**Corrective Action Response:** Yes ☐ No ☑ Date: _____

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

**Status:** (check one) Approved ☑   Unsatisfactory ☐   Immediate Closure ☐   Voluntary Closure ☐

Person in Charge: (Signature) _____ 1-23-19
Inspector: (Signature) _____ Date: 1/23/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001109

Exhibit I

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: Western NM Correctional Dining Room B

Permit #: 002160

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| | | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6-501.111 Rodent droppings observed in the kitchen. Maintenance room is the possible source for the rodents to enter. Holes in the wall and ceiling need to be sealed to minimize entrance for the rodents |

Person in Charge: (Printed) Arthur Sanchez
Person In Charge: (Signature) [signature]
Inspector: (Printed) Ramon Opoda
Inspector: (Signature) [signature]
Date: 1/23/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001110