# Food Establishment Inspection Report

Page 1 of 2

| Field | Value |
|---|---|
| Establishment Name | WNMC |
| Physical Address | 2111 Lobo Canyon Rd |
| City | Grants |
| State | NM |
| Zip Code | 87020 |
| Permit # | 000115 |
| Permit Expiration Date | Oct 2019 |
| Phone | |
| Email | |
| Est. Type | I |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** Closing (checked)

**Risk Category:** (blank)
**Time In:** 10:46
**Time Out:** 12:36

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance  OUT=not in compliance  N/O=not observed  N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection  R=repeat violation

### Supervision
| # | Status | Item | COS | R |
|---|---|---|---|---|
| 1 | IN | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN | Certified Food Protection Manager | | |

### Employee Health
| 3 | IN | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN | Proper use of restriction & exclusion | | |
| 5 | IN | Procedures for responding to vomiting and diarrheal events | | |

### Employees
| 6 | IN | Food Handler Cards | | |

### Good Hygienic Practices
| 7 | IN | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN | No discharge from eyes, nose, and mouth | | |

### Preventing Contamination by Hands
| 9 | IN | Hands clean & properly washed | | |
| 10 | IN | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN | Adequate handwashing sinks; supplied & accessible | | |

### Approved Source
| 12 | IN | Food obtained from approved source | | |
| 13 | IN | Food received at proper temperature | | |
| 14 | IN | Food in good condition, safe, & unadulterated | | |
| 15 | IN | Required records available: shellstock tags, parasite destruction | | |

### Protection from Contamination
| 16 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN | Food-contact surfaces; cleaned & sanitized | | |
| 18 | IN | Food separated & protected | | |

### Time/Temperature Control for Safety
| 19 | IN | Proper cooking time & temperatures | | |
| 20 | IN | Proper reheating procedures for hot holding | | |
| 21 | OUT | Proper cooling time & temperature | | X |
| 22 | IN | Proper hot holding temperatures | | |
| 23 | IN | Proper cold holding temperatures | | |
| 24 | OUT | Proper date marking & disposition | | X |
| 25 | IN | Time as a Public Health Control; procedures & records | | |

### Consumer Advisory
| 26 | IN | Consumer advisory provided for raw/undercooked foods | | |

### Highly Susceptible Populations
| 27 | IN | Pasteurized foods used; prohibited foods not offered | | |

### Food/Color Additives and Toxic Substances
| 28 | IN | Food additives: approved & properly used | | |
| 29 | IN | Toxic substances properly identified, stored, & used | | |

### Conformance with Approved Procedures
| 30 | IN | Compliance with variance / specialized process / HACCP | | |

No. of Risk Factors / Intervention Violations: 2
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

### Safe Food and Water
- 31 Pasteurized eggs used where required
- 32 Water & ice from approved source
- 33 Variance obtained for specialized processing methods

### Food Temperature Control
- 34 Proper cooling methods used; adequate equipment for temperature control
- 35 Plant food properly cooked for hot holding
- 36 Approved thawing methods used
- 37 Thermometers provided & accurate

### Food Identification
- 38 Food properly labeled; original container

### Prevention of Food Contamination
- 39 X Insects, rodents, & animals not present  COS: X  R: X
- 40 Contamination prevented during food preparation, storage & display
- 41 Personal cleanliness
- 42 Wiping cloths: properly used & stored
- 43 Washing fruits & vegetables

### Proper Use of Utensils
- 44 In-use utensils: properly stored
- 45 Utensils, equipment & linens: properly stored, dried, & handled
- 46 Single-use/single-service articles: properly stored & used
- 47 Gloves used properly

### Utensils, Equipment and Vending
- 48 Food & non-food contact surfaces cleanable, properly designed, constructed, & used
- 49 Warewashing facilities: installed, maintained, & used; test strips
- 50 Non-food contact surfaces clean

### Physical Facilities
- 51 Hot & cold water available; adequate pressure
- 52 Plumbing installed; proper backflow devices
- 53 Sewage & waste water properly disposed
- 54 Toilet facilities: properly constructed, supplied, & cleaned
- 55 Garbage & refuse properly disposed; facilities maintained
- 56 Physical facilities installed, maintained, & clean
- 57 Adequate ventilation & lighting; designated areas used

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 1

Reinspection: No
Corrective Action Response: Yes  Date: 4/8/19

Status: Unsatisfactory (checked)

Person in Charge (Signature): Noera
Inspector (Signature): [signature]
Date: 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001113

Exhibit J

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** WNMC Main

**Permit #:** 000115

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Cooler #3 | 40°F | | | | |
| Walk in Cooler #2 | 36°F | | | | |
| Walk in Freezer #1 | 8°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 21 | 3-501.14 Beans left on counter. Temperature on this item was 115°F. No verification as to how long they were left on the counter. Corrected on site. Beans were thrown away. |
| 24 | 3-501.17 Tortillas in cooler #2 with no date on package. Corrected on site. Package thrown away by kitchen supervisor. Pasta in Freezer past throw out date of March 30th. Corrected on site. Pan of pasta thrown away. |
| 39 | 6-501.111 Observed a mouse run from behind stove to table near office. Mouse droppings observed in dry storage area of kitchen. Maintenance is working on removing table that could potential allow access to roof or ceiling for mice. CAR. |

Note: attached is the contract for pest control.

**Person in Charge: (Printed)** V. Lara
**Person In Charge: (Signature)** [signature]
**Inspector: (Printed)** Ramon Orona
**Inspector: (Signature)** [signature]
**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001114

# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: | Physical Address: | | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| WNMC Dining B | 2111 Lobo Canyon Rd | | Grants | NM | 87020 |

| Permit #: | Permit Expiration Date: | Phone: | Email: | Est. Type: |
|---|---|---|---|---|
| 002160 | Oct 2019 | | | |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
- [ ] Pre-Opening
- [ ] Annual
- [x] Complaint
- [ ] Closing
- [ ] Opening
- [ ] Re-inspection
- [ ] Investigation
- [ ] CAR
- [ ] Other
- [ ] Initial Operational

**Risk Category:**
Time In: 10:46
Time Out: 12:41

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
Mark "X" in appropriate box for COS and/or R
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
COS=corrected on-site during inspection   R=repeat violation

| # | Compliance Status | Description | COS | R |
|---|---|---|---|---|
| | **Supervision** | | | |
| 1 | IN OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager | | |
| | **Employee Health** | | | |
| 3 | IN OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN OUT | Proper use of restriction & exclusion | | |
| 5 | IN OUT | Procedures for responding to vomiting and diarrheal events | | |
| | **Employees** | | | |
| 6 | IN OUT N/A | Food Handler Cards | | |
| | **Good Hygienic Practices** | | | |
| 7 | IN OUT N/O | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN OUT N/O | No discharge from eyes, nose, and mouth | | |
| | **Preventing Contamination by Hands** | | | |
| 9 | IN OUT N/O | Hands clean & properly washed | | |
| 10 | IN OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN OUT | Adequate handwashing sinks; supplied & accessible | | |
| | **Approved Source** | | | |
| 12 | IN OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A N/O | Food received at proper temperature | | |
| 14 | IN OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT N/A N/O | Required records available: shellstock tags, parasite destruction | | |

| # | Compliance Status | Description | COS | R |
|---|---|---|---|---|
| | **Protection from Contamination** | | | |
| 16 | IN OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN OUT N/A | Food-contact surfaces; cleaned & sanitized | | |
| 18 | IN OUT N/A N/O | Food separated & protected | | |
| | **Time/Temperature Control for Safety** | | | |
| 19 | IN OUT N/A N/O | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding | | |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature | | |
| 22 | IN OUT N/A N/O | Proper hot holding temperatures | | |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures | | |
| 24 | IN OUT N/A N/O | Proper date marking & disposition | | |
| 25 | IN OUT N/A N/O | Time as a Public Health Control; procedures & records | | |
| | **Consumer Advisory** | | | |
| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods | | |
| | **Highly Susceptible Populations** | | | |
| 27 | IN OUT N/A | Pasteurized foods used; prohibited foods not offered | | |
| | **Food/Color Additives and Toxic Substances** | | | |
| 28 | IN OUT N/A | Food additives: approved & properly used | | |
| 29 | IN OUT N/A | Toxic substances properly identified, stored, & used | | |
| | **Conformance with Approved Procedures** | | | |
| 30 | IN OUT N/A | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

| # | Description | COS | R |
|---|---|---|---|
| | **Safe Food and Water** | | |
| 31 | Pasteurized eggs used where required | | |
| 32 | Water & ice from approved source | | |
| 33 | Variance obtained for specialized processing methods | | |
| | **Food Temperature Control** | | |
| 34 | Proper cooling methods used; adequate equipment for temperature control | | |
| 35 | Plant food properly cooked for hot holding | | |
| 36 | Approved thawing methods used | | |
| 37 | Thermometers provided & accurate | | |
| | **Food Identification** | | |
| 38 | Food properly labeled; original container | | |
| | **Prevention of Food Contamination** | | |
| 39 X | Insects, rodents, & animals not present | X | |
| 40 | Contamination prevented during food preparation, storage & display | | |
| 41 | Personal cleanliness | | |
| 42 | Wiping cloths: properly used & stored | | |
| 43 | Washing fruits & vegetables | | |

| # | Description | COS | R |
|---|---|---|---|
| | **Proper Use of Utensils** | | |
| 44 | In-use utensils: properly stored | | |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled | | |
| 46 | Single-use/single-service articles: properly stored & used | | |
| 47 | Gloves used properly | | |
| | **Utensils, Equipment and Vending** | | |
| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 49 | Warewashing facilities: installed, maintained, & used; test strips | | |
| 50 | Non-food contact surfaces clean | | |
| | **Physical Facilities** | | |
| 51 | Hot & cold water available; adequate pressure | | |
| 52 | Plumbing installed; proper backflow devices | | |
| 53 | Sewage & waste water properly disposed | | |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 55 | Garbage & refuse properly disposed; facilities maintained | | |
| 56 | Physical facilities installed, maintained, & clean | | |
| 57 | Adequate ventilation & lighting; designated areas used | | |

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

Reinspection: Yes [ ] No [x] Date: ___
Corrective Action Response: Yes [x] No [ ] Date: ___

Status: (check one) Approved [x]   Unsatisfactory [ ]   Immediate Closure [ ]   Voluntary Closure [ ]

Person in Charge: (Signature) _____
Inspector: (Signature) _____
Date: 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001115

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Dining B

**Permit #:** 002/60

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Beef | 137°F | | | | |
| Beans | 141°F | | | | |
| Hot Holding | 168°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6501.112 Glue trap had 4 mice on it. Glue trap was located in the water closet in dining room B. Corrected site. Glue trap was removed and replaced with a new trap. |
| | Note: Birds sometimes fly into the dining area. Staff get them out as soon as possible and wipe down any areas they land or defecate. Mice enter the facility in through the water closet. A contract with PDI will be provided. |

**Person in Charge: (Printed)** A. Sanchez
**Person In Charge: (Signature)** [signed]
**Inspector: (Printed)** Ramon Orona
**Inspector: (Signature)** [signed]
**Date:** 4/4/19

ZG001116

*EID: Corrective Action Plan Form*

Warden: Leon Martinez

Deputy Warden Leon Martinez

Area or Department: Maintenance WNMCF
Grants NM

## SECTION 1: GENERAL INFORMATION

Facility: WNMCF

Submitted By: Arthur Sanchez FSSO Officer, Physical Plant Manager Almanza C.

Date of Inspection: _____4/4/19_____

## SECTION 2: CORRECTIVE ACTION PLAN

| Item# Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date | Completion Date |
|---|---|---|---|---|---|---|
| 6-501.111 | Observed a mouse run from the prep table with the stack that goes to roof area, possible area where mice can travel and nest in stack area gaining access to roof. Mr. Orona EID and FSSO Sanchez observed mice run out from prep table near stack area towards stove then back to stack area. | Physical Plant/Maintenance | Physical plant manager Almanza and maintenance personnel immediately started work on removing the stack and covering any ceiling penetrations. | 4/8/19 per EID Orona deadline date to correct | N/A | |

| | | | | | |
|---|---|---|---|---|---|
| 6501.11 2 | Glue trap in B-Dining in water closet with caught mice deceased, repeat occurance in this area. | FSSO Sanchez A. | FSSO Sanchez checked on area and the trap was removed and placed with new one by Summit Supervisor Miss H. | 4/4/19 | N/A | 4/4/19 |

**ZG001118**

*EID: Corrective Action Plan Form*

Warden: Leon Martinez

Deputy Warden Leon Martinez

Area or Department: Food Service Grants NM

## SECTION 1: GENERAL INFORMATION

Facility: WNMCF

Submitted By: Arthur Sanchez FSSO Officer, Summit Berleen Estevan

Date of Inspection: 4/4/19

## SECTION 2: CORRECTIVE ACTION PLAN

| Item# Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date | Completion Date |
|---|---|---|---|---|---|---|
| 3-501.14 | Whole deep tray of beans left on counter. 115 degrees, no verification on how long they were sitting on counter uncovered. | Summit Staff | Summit Supervisor Loera threw away the pan of beans immediately | 4/4/19 | N/A | 4/4/19 |
| | Mr. Orona EID and FSSO Sanchez observed the pan of beans and immediately informed Summit Supervisor Loera's | | | | | |
| 3-501.17 | Tortillas in cooler #2 no date on open package. 2 deep pans of spaghetti pasta with past dates of 3/30/19 and 4/1/19 still in cooler no disposed of yet. | Summit Staff | Summit Supervisor Loera threw away both pans immediately | 4/4/19 | N/A | 4/4/19 |

ZG001119

| | | |
|---|---|---|
| | | Mr. Orona EID and FSSO Sanchez observed the pans sitting in the cooler past their disposal date Mr. Orona informed Summit Supervisor Loera immediately. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |