# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: WNMCF-Dorns | Physical Address: 2111 Lobo Canyon | City: Grants | State: NM | Zip Code: 87020 |
|---|---|---|---|---|

| Permit #: 002160 | Permit Expiration Date: Oct 2020 | Phone: | Email: | Est. Type: 2 |
|---|---|---|---|---|

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
- [ ] Pre-Opening
- [✓] Annual
- [ ] Complaint
- [ ] Closing
- [ ] Opening
- [ ] Re-inspection
- [ ] Investigation
- [ ] CAR
- [ ] Other
- [ ] Initial Operational

Risk Category: 2

Time In: 10130
Time Out:

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable

Mark "X" in appropriate box for COS and/or R

COS=corrected on-site during inspection    R=repeat violation

### Compliance Status — Supervision

| # | Status | Description | COS | R |
|---|---|---|---|---|
| 1 | IN OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager | | |

**Employee Health**

| 3 | IN OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN OUT | Proper use of restriction & exclusion | | |
| 5 | IN OUT | Procedures for responding to vomiting and diarrheal events | | |

**Employees**

| 6 | IN OUT N/A | Food Handler Cards | | |

**Good Hygienic Practices**

| 7 | IN OUT N/O | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN OUT N/O | No discharge from eyes, nose, and mouth | | |

**Preventing Contamination by Hands**

| 9 | IN OUT N/O | Hands clean & properly washed | | |
| 10 | IN OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN OUT | Adequate handwashing sinks; supplied & accessible | | |

**Approved Source**

| 12 | IN OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A N/O | Food received at proper temperature | | |
| 14 | IN OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT N/A | Required records available: shellstock tags, parasite destruction | | |

### Compliance Status — Protection from Contamination

| # | Status | Description | COS | R |
|---|---|---|---|---|
| 16 | IN OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN OUT N/A | Food-contact surfaces: cleaned & sanitized | | |
| 18 | IN OUT N/A N/O | Food separated & protected | | |

**Time/Temperature Control for Safety**

| 19 | IN OUT N/A N/O | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding | | |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature | | |
| 22 | IN OUT N/A N/O | Proper hot holding temperatures | | |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures | | |
| 24 | IN OUT N/A N/O | Proper date marking & disposition | | |
| 25 | IN OUT N/A N/O | Time as a Public Health Control; procedures & records | | |

**Consumer Advisory**

| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods | | |

**Highly Susceptible Populations**

| 27 | IN OUT N/A | Pasteurized foods used; prohibited foods not offered | | |

**Food/Color Additives and Toxic Substances**

| 28 | IN OUT N/A | Food additives: approved & properly used | | |
| 29 | IN OUT N/A | Toxic substances properly identified, stored, & used | | |

**Conformance with Approved Procedures**

| 30 | IN OUT N/A | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations

No. of Repeat Risk Factors / Intervention Violations

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

Mark "X" in box if numbered item is not in compliance    Mark "X" in appropriate box for COS and/or R    COS=corrected on-site during inspection    R=repeat violation

### Safe Food and Water

| # | Description | COS | R |
|---|---|---|---|
| 31 | Pasteurized eggs used where required | | |
| 32 | Water & ice from approved source | | |
| 33 | Variance obtained for specialized processing methods | | |

**Food Temperature Control**

| 34 | Proper cooling methods used; adequate equipment for temperature control | | |
| 35 | Plant food properly cooked for hot holding | | |
| 36 | Approved thawing methods used | | |
| 37 | Thermometers provided & accurate | | |

**Food Identification**

| 38 | Food properly labeled; original container | | |

**Prevention of Food Contamination**

| 39 | Insects, rodents, & animals not present | | |
| 40 | Contamination prevented during food preparation, storage & display | | |
| 41 | Personal cleanliness | | |
| 42 | Wiping cloths: properly used & stored | | |
| 43 | Washing fruits & vegetables | | |

### Proper Use of Utensils

| # | Description | COS | R |
|---|---|---|---|
| 44 | In-use utensils: properly stored | | |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled | | |
| 46 | Single-use/single-service articles: properly stored & used | | |
| 47 | Gloves used properly | | |

**Utensils, Equipment and Vending**

| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 49 | Warewashing facilities: installed, maintained, & used; test strips | | |
| 50 | Non-food contact surfaces clean | | |

**Physical Facilities**

| 51 | Hot & cold water available; adequate pressure | | |
| 52 | Plumbing installed; proper backflow devices | | |
| 53 | Sewage & waste water properly disposed | | |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 55 | Garbage & refuse properly disposed; facilities maintained | | |
| 56 | Physical facilities installed, maintained, & clean | | |
| 57 | Adequate ventilation & lighting; designated areas used | | |

| Reinspection: | Yes | No ✓ | Date: |
|---|---|---|---|
| Corrective Action Response: | Yes | No ✓ | Date: |

No. of Good Retail Practices Violations

No. of Repeat Good Retail Practices Violations

| Status: (check one) | Approved ✓ | Unsatisfactory | Immediate Closure | Voluntary Closure |
|---|---|---|---|---|

Person in Charge: (Signature)

Inspector: (Signature)

Date: 1/22/2022

Exhibit K

# Food Establishment Inspection Report

Page _2_ of _2_

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: _WNMCF   Dormg B_

Permit #: _002160_

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Hot Holding | 142°F | | | | |
| Vegetables | 136°F | | | | |
| Mac | 134°F | | | | |
| Meat | 141°F | | | | |
| Reach in Freezer | -9°F | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| | Noted  No Violations noted. |
| | |

Person in Charge: (Printed)

Person In Charge: (Signature)

Inspector: (Printed) _Ramon Droba_

Inspector: (Signature)

Date: _1/22/2020_

# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: W N M C F | Physical Address: 2111 Lobo Canyon Rd | City: Grants | State: Nm | Zip Code: 87020 |
|---|---|---|---|---|

| Permit #: 000115 | Permit Expiration Date: Oct 2020 | Phone: | Email: | Est. Type: I |
|---|---|---|---|---|

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:**
- [ ] Pre-Opening
- [ ] Opening
- [ ] Other
- [x] Annual
- [ ] Re-Inspection
- [ ] Initial Operational
- [ ] Complaint
- [ ] Investigation
- [ ] Closing
- [ ] CAR

Risk Category:

Time In: 10:30
Time Out:

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable

Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection    R=repeat violation

### Compliance Status

**Supervision**

| # | | Item | COS | R |
|---|---|---|---|---|
| 1 | IN OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager | | |

**Employee Health**

| 3 | IN OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN OUT | Proper use of restriction & exclusion | | |
| 5 | IN OUT | Procedures for responding to vomiting and diarrheal events | | |

**Employees**

| 6 | IN OUT N/A | Food Handler Cards | | |

**Good Hygienic Practices**

| 7 | IN OUT N/O | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN OUT N/O | No discharge from eyes, nose, and mouth | | |

**Preventing Contamination by Hands**

| 9 | IN OUT | Hands clean & properly washed | | |
| 10 | IN OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN OUT | Adequate handwashing sinks; supplied & accessible | | |

**Approved Source**

| 12 | IN OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A N/O | Food received at proper temperature | | |
| 14 | IN OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT N/A N/O | Required records available: shellstock tags, parasite destruction | | |

**Protection from Contamination**

| 16 | IN OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN OUT N/O | Food-contact surfaces; cleaned & sanitized | | |
| 18 | IN OUT N/A N/O | Food separated & protected | | |

**Time/Temperature Control for Safety**

| 19 | IN OUT N/A N/O | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding | | |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature | | |
| 22 | IN OUT N/A N/O | Proper hot holding temperatures | | |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures | | |
| 24 | IN OUT N/A N/O | Proper date marking & disposition | | |
| 25 | IN OUT N/A N/O | Time as a Public Health Control; procedures & records | | |

**Consumer Advisory**

| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods | | |

**Highly Susceptible Populations**

| 27 | IN OUT | Pasteurized foods used; prohibited foods not offered | | |

**Food/Color Additives and Toxic Substances**

| 28 | IN OUT N/A | Food additives: approved & properly used | | |
| 29 | IN OUT N/A | Toxic substances properly identified, stored, & used | | |

**Conformance with Approved Procedures**

| 30 | IN OUT N/A | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

| No. of Risk Factors / Intervention Violations | 0 |
|---|---|
| No. of Repeat Risk Factors / Intervention Violations | 0 |

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

Mark "X" in box if numbered item is not in compliance    Mark "X" in appropriate box for COS and/or R    COS=corrected on-site during inspection    R=repeat violation

**Safe Food and Water**

| # | | COS | R |
|---|---|---|---|
| 31 | Pasteurized eggs used where required | | |
| 32 | Water & ice from approved source | | |
| 33 | Variance obtained for specialized processing methods | | |

**Food Temperature Control**

| 34 | Proper cooling methods used; adequate equipment for temperature control | | |
| 35 | Plant food properly cooked for hot holding | | |
| 36 | Approved thawing methods used | | |
| 37 | Thermometers provided & accurate | | |

**Food Identification**

| 38 | Food properly labeled; original container | | |

**Prevention of Food Contamination**

| 39 | Insects, rodents, & animals not present | | |
| 40 | Contamination prevented during food preparation, storage & display | | |
| 41 | Personal cleanliness | | |
| 42 | Wiping cloths: properly used & stored | | |
| 43 | Washing fruits & vegetables | | |

**Proper Use of Utensils**

| # | | COS | R |
|---|---|---|---|
| 44 | In-use utensils: properly stored | | |
| 45 | Utensils, equipment & linens: properly stored, dried, & handled | | |
| 46 | Single-use/single-service articles: properly stored & used | | |
| 47 | Gloves used properly | | |

**Utensils, Equipment and Vending**

| 48 | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 49 | Warewashing facilities: installed, maintained, & used; test strips | | |
| 50 | Non-food contact surfaces clean | | |

**Physical Facilities**

| 51 | Hot & cold water available; adequate pressure | | |
| 52 | Plumbing installed; proper backflow devices | | |
| 53 | Sewage & waste water properly disposed | | |
| 54 | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 55 | Garbage & refuse properly disposed; facilities maintained | | |
| 56 | Physical facilities installed, maintained, & clean | | |
| 57 | Adequate ventilation & lighting; designated areas used | | |

| No. of Good Retail Practices Violations | 0 |
|---|---|
| No. of Repeat Good Retail Practices Violations | 0 |

| Reinspection: | Yes [ ] No [x] Date: |
|---|---|
| Corrective Action Response: | Yes [ ] No [x] Date: |

Status: (check one)  Approved [x]  Unsatisfactory [ ]  Immediate Closure [ ]  Voluntary Closure [ ]

Person in Charge: (Signature)

Inspector: (Signature)    Date: 1/23/2020

ZG001123

# Food Establishment Inspection Report

Page _2_ of _2_

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: WNMCF — MAID

Permit #: 000115

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Meat | 135°F | | | | |
| Mac | 132°F | | | | |
| Vegetables | 140°F | | | | |
| Hot Holding | 152°F | | | | |
| Walk in Freezer | 15°F | | | | |
| Walk in Cooler #2 | 36°F | | | | |
| Walk in Cooler #3 | 40°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| | Note! No Violations noted. |

Person in Charge: (Printed) Belleen Eskum

Person In Charge: (Signature)                FSD

Inspector: (Printed) Ramon Ochoa

Inspector: (Signature)

Date: 1/22/2020

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001124