# NEW MEXICO CORRECTIONS DEPARTMENT
## Interdisciplinary Progress Notes

| DATE | TIME | |
|---|---|---|
| 1/16/15 | 1427 | Pt c/o severe abd cramping/nausea. No periods/menstrual cycle since 2007. |
| | | BP 118/84 |
| | | RR 14 |
| | | HR 70 |
| | | O2 sat 97% |
| | | T- 98.4 |
| | | S- "The pain started this morning. Haven't had a period since 2007. RTD 2006. Started menses age 11. Always irregular. The pain is in my lower abd & my back. Pain is 8/10, intermittent, no vaginal b/c, no dysuria. I've had an IUD x 3 yrs". G₀ P₀ SAB.? Diarrhea x 2 days, 8x yesterday, 3x today. (+) vomiting. O- A&Ox4. CV- S1 & S2 I/5 murmur @ rub, RRR. Resp- lungs CTA. GI- (+) BS 4 quads, abd soft, lower abd tenderness c palp. No CVA tenderness. A- Gastroenteritis. P- Clear liq, lay-in x 2 days, phenergan, 1 box lomotil, instructed to return if worse in any way. L. Billy CNP |

| ALLERGIES(Red Ink) | Depakote, Haldol, lithium, celexa |
|---|---|

| Patient Name | NMCD# | DOB | FACILITY |
|---|---|---|---|
| Tapatas, Susie | 70920 | | |

***DOCUMENT VITAL SIGNS EACH TIME PTIENT SEEN: T;P;R;BP;WT;HT;INITIALS***

Exhibit M

ZG000560