Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EXHIBIT 7**

SUSIE ZAPATA AND MONICA GARCIA,

       Plaintiffs,

v.                   Case No. 1:21-CV-00083-MV-JFR

LEON MARTINEZ, ROBERTA LUCERO-ORTEGA,

       Defendants.

DEPOSITION OF

ARTHUR SANCHEZ

January 11, 2022
9:00 a.m.
500 4th Street, NW Suite 105
Albuquerque, New Mexico 87102

PURSUANT TO THE NEW MEXICO RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY:       STEVEN ROBERT ALLEN
                  ATTORNEY FOR PLAINTIFF

REPORTED BY:    EDWINA CASTILLO, CCR #407
                  PAUL BACA COURT REPORTERS
                  500 4th Street, NW Suite 105
                  Albuquerque, New Mexico 87102

Page 58

1  an annual inspection"?
2     A. Yes.
3     Q. And then walk me through that. What
4  happened, what steps did you have to take for those
5  inspections to happen?
6     A. He could call me, ask me if this date was
7  good for me, if I was going to be able to escort him
8  on the property, that I wasn't too busy on a certain
9  date.
10        If I wasn't, we would confirm that on
11 so-and-so date he would be here at so-and-so time.
12 In return, my steps were I would go get permission
13 from the Warden to do an entrance memo for EID to
14 come onto the facility. And he would show up that
15 day, and I would escort him to do his inspection.
16    Q. Okay. Was there ever any time that
17 Mr. Orona just showed up to do an inspection?
18    A. No. He would always call me as a point of
19 contact because we had to do an entrance memo. Or
20 if it was during COVID or something like that, to do
21 a rapid COVID test or something like that.
22    Q. Got it. And did you -- how long did it
23 take to turn this around, typically, between the
24 time that Mr. Orona called you and the time the
25 inspection occurred?

Page 59

1     A. Could be that day or it could be a week
2  from the day he called me. Whatever date that he
3  chose to want to come in and do it, and I was
4  available, we would do it on that day so it just, it
5  varied. Could be a day, could be a week.
6     Q. Did you say that there were times when he
7  would call you and then he was able to do the
8  inspection that same day?
9     A. Yes.
10    Q. Do you recall if either of these
11 inspections in 2018 or 2019 occurred the same day he
12 asked to do the inspection?
13    A. I don't recall.
14    Q. Okay. Fair enough. So there's a lot of
15 information on these documents. If you look at the
16 first page, and you go down to the bottom it says,
17 like, Prevention of Food Contamination and there are
18 two boxes checked off there.
19        In 2019, that's the first page of
20 Exhibit 3, and then if you go, flip through a couple
21 pages of Exhibit 3 to the -- we call these Bates
22 stamps on the bottom. In the bottom right-hand
23 corner it says S. ZAPATA 1075.
24        Do you see that one?
25    A. Yes, sir.

Page 60

1     Q. So that's the one for 2018. It's the same
2  box checked off here for insects, rodents and
3  animals not present. There's an X there.
4        And the same on that other page. Can you
5  tell me what you remember about these inspections in
6  2018 and 2019?
7     A. Unless I read the Observations and
8  Corrective Actions on both of them, I don't recall
9  them.
10       I mean, I know Mr. Orona was here,
11 but unless I look at his notes to see what exactly
12 he found wrong and looking at all the checkmarks and
13 stuff.
14    Q. Did he provide you with notes, additional
15 notes or some additional report beyond what you have
16 here?
17    A. No, sir. Just the documents in hand.
18    Q. Okay. So there is some handwritten notes.
19 Let's see, if you go to Exhibit 3 and it's the
20 second page, the one that's Bates stamped S. ZAPATA
21 1073 in the bottom right-hand corner.
22       Do you see that?
23    A. Yes, sir.
24    Q. So this one in the middle, is that his
25 handwriting? He's the one taking these notes,

Page 61

1  right?
2     A. Yes, sir.
3     Q. So in the middle it says Item No. 39.
4  Well, first of all, what do those numbers mean, like
5  Item No. 39, what does that refer to?
6     A. Unless I -- I would say it refers to the
7  first page to Box 39.
8     Q. I see. So it's referencing insects,
9  rodents and animals not present, correct?
10    A. Yes.
11    Q. And so here he's saying there's mouse
12 droppings in dry storage, Room No. 4 and the dry
13 storage, Room No. 2.
14       Do you recall seeing those mouse
15 droppings?
16    A. Yes.
17    Q. Were you with him while he did this
18 inspection?
19    A. Yes.
20    Q. So tell me what you remember.
21    A. So without reading this, I mean I can
22 just -- I don't remember detail for detail, but he
23 would conduct his inspections, if there was any
24 violations or discrepancies, I would get them
25 corrected on-site immediately.