# CONFIDENTIAL

<div style="float:right">EXHIBIT 4</div>

## NEW MEXICO CORRECTIONS DEPARTMENT



## OFFICE OF PROFESSIONAL STANDARDS

615 1st, N.W., Albuquerque, NM 87102

To: Interim Warden Vincent Vigil, WNMCF

From: Office of Professional Standards

Re: OPS 20-0043

Date: May 19, 2020

Please find enclosed Report of Investigation. **Only if** the allegations are **SUSTANINED,** please return to our office with the **disciplinary action attached.** If **NO** Discipline is being taken, than please send a memo stating that, so that the case can be closed out by our office.

If you have any questions, please feel free to contact our office. Thank you.

**\*\*Please return to our office within 10 days of receipt\*\***

RAMIREZ V. NMCD 000028

copy provided to WNMCF by the State Dept. of Corrections for my report on rodent in the kitchen and rodent feces in the food, the week prior to my report date." Mental Health RAMIREZ stated she put it in her memorandum, she stated on her memorandum dated "4/21/2020 at 0755 I Nicole RAMIREZ was interviewed today by Major LEWIS plus Lt. GARCIA (Being Witness), I was asked several questions related to the report I file with the State Department of Corrections on 4/14/2020. The conversation was recorded. Please see the copy provide to WNMCF by the state Dept. of Corrections for my report on rodent the kitchen and rodent feces in the food, the week prior to my report date."
I have no other questions or information to provide. Signed and dated by Nicole RAMIREZ, LCSW."

### Interview with Fire Safety Sanitation Officer Arthur SANCHEZ

On April 21, 2020, at approximately 12:51 pm, I am conducted an interview with Fire Safety Arthur SANCHEZ at Grants, New Mexico in the area located in the Fire Safety and Sanitation Office. Proper introductions were made, the allegations in the case (i.e., the information contained in the Referral of Alleged or Suspected Staff Misconduct) were reviewed and all parties were advised the interview would be recorded.

FFSO SANCHEZ was provided with an Advisement of Investigation Letter, which indicated he has been identified as a potential witness. The content of the Advisement letter was read and signed by FFSO SANCHEZ. FFSO SANCHEZ signed and dates the letter and had no questions.

Can you please state your name for the record and your title? SANCHEZ stated "Arthur Raymond SANCHEZ Jr., Fire Safety Sanitation Officer.

I was reported at lunch time on April 7, 2020 that they were mice dropping found in the rice. Did any inmate submit any informal complaints to you? Sanchez stated "No." Has any staff reported this incident to you? SANCHEZ stated "No, not until today." Has anybody reported that we have a, I want to use her direct quote "problem with mice here at Western?" SANCHEZ stated "Yes." Do we have a problem with mice in the main kitchen? SANCHEZ stated, "I would say yes, and the whole Western Facility Compound Campus." What steps are you doing to address this issue here at Western? Sanchez stated "sticky trap was giving to all staff who need them, hum I place sticky trap in area I feel are the most common area for the mice to be or the most complaint are. And I also place live trap with the sticky paper inside the live traps and once or twice a week, I check those traps with my porters and we replace them and clean them, inspect them at least twice a week. Do we have any documentation where we have a rodent infestation in the main kitchen here at Western? SANCHEZ stated, "I have my EID inspection form the state scientists from the environment department that has put it down on his inspection, in return I have submitted corrective action plans to Summit to correct these issues." What did those corrective action plan consist of glue boards and live mouse traps, right? SANCHEZ stated "Hum, glue board and live mouse traps and also the way they store their dry goods, before they were storing

# CONFIDENTIAL

them in there dry storage, just in the bag or the boxes themselves and the mice eat thru them, so in return Summit staff had bought plastic totes and place there dry goods in the plastic totes. This has cut down on mice in the kitchen, before you would see them on the daily. I haven't seen a mouse in there in a feel month." You have not seen inmate informal about mice feces in the food for the month of April? SANCHES stated "No, I heard word of mouth from inmates on compliance about it but I haven't had no facts, haven't had no staff reports it. Just word of mouth from inmates." What about do you have any documentation supporting this claim of feces bring in the food?" SANCHEZ stated, "Nothing until today." Do you have any additional information about feces in the food, in the main kitchen? SANCHES stated "Hul, I'm really good with summit staff when it comes to the kitchen. They usually record any discrepancies with me but as far as them ever me witnessing any because I usually on a weekly on a daily basics weekday so I'm usually in the kitchen when they are serving lunch and have never come across any feces in the food. I mean in the past, we had issues but according to my last EID inspection, it's like 100 percent better their no sign of feces in area that it use to be so the mouse population, mice. The corrective action that we have been taken towards the mice has worked but I mean. Do you have any additional information for me? SANCHEZ stated "Just if it's reported I need to be made aware of it so we can correct it. I need some sort of proof, because word of mouth I can't go on that. If somebody say there an issue, I need to know about it right there and then so I can go check it. If not, I need the trays or wherever the discrepancy is. We can follow up on it and get with Summit staff or who I need to get a hold of to correct the discrepancies." I had one more question Mr. SANCHEZ. What about did you ever get an informal grievance from inmates stating there was mice feces in trays? SANCHES stated "No."

We are going off record at approximately 12:58 pm.

Following my interview with Fire Safety and Sanitation Arthur SANCHEZ submitted a handwritten statement concerning the allegations about the mice feces regarding this case. The narrative content of Fire Safety and Sanitation Arthur SANCHEZ and a statement will be copied and pasted in this section below. Any additional or discrepant information provided by Fire Safety and Sanitation Arthur SANCHEZ during his interview will be subsequently noted.

Fire Safety Arthur SANCHEZ staed in his interview "I'm usually in the kitchen when they are serving lunch and have never come across any feces in the food. I mean in the past, we had issues but according to my last EID inspection."



**NEW MEXICO CORRECTIONS DEPARTMENT**
Western New Mexico Correctional Facility
2111 North Lobo Canyon Road, Grants, NM 87020   www.cd.nm.gov

Secretary
Alisha Tafoya Lucero

Warden
Vacant

Deputy Warden
Vincent Vigil

**CONFIDENTIAL**

TO: Major Louis.
From: Sgt. Tachney
Date: 4/28/20
Re: Mouse dropping in breakfast cereal.

There was mouse droppings in breakfast cereal on 3/9/2020. Summit Foster was notified. Summit Foster then took out the cereal, went back to the Main Kitchen to get new cereal. Breakfast was then resumed. End of Statement

Courage Responsibility Ethics Dedication

RAMIREZ V. NMCD 000109