# Food Establishment Inspection Report

**ENTERED**   Page 1 of 23

**EXHIBIT 10**

| Establishment Name: | Physical Address: | City: | State: |
|---|---|---|---|
| Western NM Cor | 2111 Lobo Canyon | Grants | NM |

| Permit #: | Permit Expiration Date: | Phone: | Email: |
|---|---|---|---|
| 000115 | Oct 2019 | | |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** ☐ Pre-Opening  ☑ Annual  ☐ Complaint  ☐ Closing
☐ Opening  ☐ Re-inspection  ☐ Investigation  ☐ CAR
☐ Other  ☐ Initial Operational

**Risk Category:** ___
Time In: 10:02
Time Out: ___

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Compliance Status

| # | Status | Item | COS | R |
|---|---|---|---|---|
| | | **Supervision** | | |
| 1 | IN OUT | Person in charge present, demonstrates knowledge, and performs duties | | |
| 2 | IN OUT N/A | Certified Food Protection Manager | | |
| | | **Employee Health** | | |
| 3 | IN OUT | Management, food employee and conditional employee; knowledge, responsibilities and reporting | | |
| 4 | IN OUT | Proper use of restriction & exclusion | | |
| 5 | IN OUT | Procedures for responding to vomiting and diarrheal events | | |
| | | **Employees** | | |
| 6 | IN OUT N/A | Food Handler Cards | | |
| | | **Good Hygienic Practices** | | |
| 7 | IN OUT N/O | Proper eating, tasting, drinking, or tobacco use | | |
| 8 | IN OUT N/O | No discharge from eyes, nose, and mouth | | |
| | | **Preventing Contamination by Hands** | | |
| 9 | IN OUT N/O | Hands clean & properly washed | | |
| 10 | IN OUT N/A N/O | No bare hand contact with RTE foods or pre-approved alternative procedure properly followed | | |
| 11 | IN OUT | Adequate handwashing sinks; supplied & accessible | | |
| | | **Approved Source** | | |
| 12 | IN OUT | Food obtained from approved source | | |
| 13 | IN OUT N/A N/O | Food received at proper temperature | | |
| 14 | IN OUT | Food in good condition, safe, & unadulterated | | |
| 15 | IN OUT N/A N/O | Required records available: shellstock tags, parasite destruction | | |

| # | Status | Item | COS | R |
|---|---|---|---|---|
| | | **Protection from Contamination** | | |
| 16 | IN OUT | Proper disposition of returned, previously served, reconditioned, & unsafe food | | |
| 17 | IN OUT N/A | Food-contact surfaces; cleaned & sanitized | | X |
| 18 | IN OUT N/A N/O | Food separated & protected | | |
| | | **Time/Temperature Control for Safety** | | |
| 19 | IN OUT N/A N/O | Proper cooking time & temperatures | | |
| 20 | IN OUT N/A N/O | Proper reheating procedures for hot holding | | |
| 21 | IN OUT N/A N/O | Proper cooling time & temperature | | |
| 22 | IN OUT N/A N/O | Proper hot holding temperatures | | |
| 23 | IN OUT N/A N/O | Proper cold holding temperatures | | |
| 24 | IN OUT N/A N/O | Proper date marking & disposition | | X |
| 25 | IN OUT N/A N/O | Time as a Public Health Control; procedures & records | | |
| | | **Consumer Advisory** | | |
| 26 | IN OUT N/A | Consumer advisory provided for raw/undercooked foods | | |
| | | **Highly Susceptible Populations** | | |
| 27 | IN OUT N/A | Pasteurized foods used; prohibited foods not offered | | |
| | | **Food/Color Additives and Toxic Substances** | | |
| 28 | IN OUT N/A | Food additives: approved & properly used | | |
| 29 | IN OUT N/A | Toxic substances properly identified, stored, & used | | |
| | | **Conformance with Approved Procedures** | | |
| 30 | IN OUT N/A | Compliance with variance / specialized process / HACCP | | |

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

| No. of Risk Factors / Intervention Violations | 2 |
|---|---|
| No. of Repeat Risk Factors / Intervention Violations | 0 |

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

| # | | Item | COS | R |
|---|---|---|---|---|
| | | **Safe Food and Water** | | |
| 31 | | Pasteurized eggs used where required | | |
| 32 | | Water & ice from approved source | | |
| 33 | | Variance obtained for specialized processing methods | | |
| | | **Food Temperature Control** | | |
| 34 | | Proper cooling methods used; adequate equipment for temperature control | | |
| 35 | | Plant food properly cooked for hot holding | | |
| 36 | | Approved thawing methods used | | |
| 37 | | Thermometers provided & accurate | | |
| | | **Food Identification** | | |
| 38 | | Food properly labeled; original container | | |
| | | **Prevention of Food Contamination** | | |
| 39 | X | Insects, rodents, & animals not present | X | |
| 40 | X | Contamination prevented during food preparation, storage & display | X | |
| 41 | | Personal cleanliness | | |
| 42 | | Wiping cloths: properly used & stored | | |
| 43 | | Washing fruits & vegetables | | |

| # | | Item | COS | R |
|---|---|---|---|---|
| | | **Proper Use of Utensils** | | |
| 44 | | In-use utensils: properly stored | | |
| 45 | | Utensils, equipment & linens: properly stored, dried, & handled | | |
| 46 | | Single-use/single-service articles: properly stored & used | | |
| 47 | | Gloves used properly | | |
| | | **Utensils, Equipment and Vending** | | |
| 48 | X | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | X |
| 49 | | Warewashing facilities: installed, maintained, & used; test strips | | |
| 50 | | Non-food contact surfaces clean | | |
| | | **Physical Facilities** | | |
| 51 | | Hot & cold water available; adequate pressure | | |
| 52 | | Plumbing installed; proper backflow devices | | |
| 53 | | Sewage & waste water properly disposed | | |
| 54 | | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 55 | | Garbage & refuse properly disposed; facilities maintained | | |
| 56 | X | Physical facilities installed, maintained, & clean | | |
| 57 | | Adequate ventilation & lighting; designated areas used | | |

| No. of Good Retail Practices Violations | 4 |
|---|---|
| No. of Repeat Good Retail Practices Violations | |

**Reinspection:** Yes ☐  No ☑  Date: ___
**Corrective Action Response:** Yes ☐  No ☑  Date: ___

**Status:** (check one)  Approved ☐  Unsatisfactory ☑  Immediate Closure ☐  Voluntary Closure ☐

Person in Charge: (Signature) ___   Date: 1-23-19
Inspector: (Signature) ___   Date: 1/23/19

S. ZAPATA 1072

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

# Food Establishment Inspection Report

Page 2 of 3

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Correct rnal

**Permit #:** 000115

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Freezer 1 | -3°F | | | | |
| Walk in Cooler 2 | 36°F | | | | |
| Walk in Cooler 3 | 38°F | | | | |
| Hot Holding | 192°F | | | | |
| Potatoes | 137°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 17 | 4-601.11 Food debris on slicer in sandwich prep room. Corrected on site. Slicer cleaned and wiped. |
| 24 | 3-501.18 (A)(2) No dates or labels on chile, tortillas, Hot dogs in walk in cooler #2. Corrected on site. Dates were placed on each item that was missing a date. |
| 39 | 6.501.111 Mouse droppings in dry storage Room #4 and dry storage room #2. Corrected on site Glue traps provided to catch mice. Holes in Dry storage #4 will be filled with sealant to minimize access for rodents. |
| 40 | 3.305.11 Coleslaw uncovered in cooler. Corrected on site. Coleslaw covered and placed back in cooler. |
| | Note: Quat sanitizer in Sink 100 mg/L |
| | Continued |

**Person in Charge: (Printed)** Arthur Sanchez
**Person In Charge: (Signature)**
**Inspector: (Printed)** Ramon Ooooa
**Inspector: (Signature)**
**Date:** 1/23/19

S. ZAPATA 1073

Retail Food Establishment Inspection Report 053017 Final Rev 3.0



**State of New Mexico ENVIRONMENT DEPARTMENT**

**Inspection Report**
**Food Service Establishment**
**CONTINUATION**

| Date | Firm | Address (Include Zip Code) |
|---|---|---|
| 1/23/19 | Western NM University | 211 Lobo Canyon |

| ITEM NO | REMARKS |
|---|---|
| 48 | 4-501.11 (A) Cooling rack in tool room tied ontop of rack. Corrected on site. Rack will be thrown away. |
| 56 | 6-501.114 ① Cold water connection for grinder in dishwashing room leaking. Corrected on site. Maintenance will fix leak. <br> ② Ice machine filter leaking. Corrected on site. Maintenance will replace filters and fix the leak. |

Received by: FSSO

NMED AUTHORITY: Ramon Ojoda

NOTICE: THIS REPORT SHALL NOT BE DEFACED OR REMOVED EXCEPT BY AN AUTHORIZED REPRESENTATIVE OF NMED

NMED 025C - Continuation Issued 1/92

S. ZAPATA 1074

# Food Establishment Inspection Report

Page 1 of 2

**Establishment Name:** WNMC Awain
**Address:** 2 mi. N. Lobo Canyon
**City:** Goats
**State:** NM
**Zip Code:** 87020
**Phone:**
**Permit #:** 006115
**Email:**
**Est. Type:** I
**Risk Category:** 3

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** ☐ Pre-Opening  ☒ Regular  ☐ Complaint  ☐ Closing   ☐ Opening  ☐ Follow-up  ☐ Investigation  ☐ CAR

**Permit Expiration Date:**
**Time In:** 9:45
**Time Out:**

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and or R
COS=corrected on site during inspection   R=repeat violation

### Supervision
1. IN/OUT — Person in charge present, demonstrates knowledge, and performs duties
2. IN OUT N/A — Certified Food Protection Manager

### Employee Health
3. IN/OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN/OUT — Proper use of restriction & exclusion
5. IN/OUT — Procedures for responding to vomiting and diarrheal events

### Employees
6. IN OUT N/A — Food Handler Cards

### Good Hygienic Practices
7. IN/OUT N/O — Proper eating, tasting, drinking, or tobacco use
8. IN/OUT N/O — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. IN/OUT N/O — Hands clean & properly washed
10. IN/OUT N/A N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN/OUT — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. IN/OUT — Food obtained from approved source
13. IN OUT N/A N/O — Food received at proper temperature
14. IN/OUT — Food in good condition, safe, & unadulterated
15. IN OUT N/A N/O — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. IN/OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN/OUT N/A — Food-contact surfaces; cleaned & sanitized
18. IN/OUT N/A N/O — Food separated & protected

### Time/Temperature Control for Safety
19. IN OUT N/A N/O — Proper cooking time & temperatures
20. IN OUT N/A N/O — Proper reheating procedures for hot holding
21. IN OUT N/A N/O — Proper cooling time & temperature
22. IN/OUT N/A N/O — Proper hot holding temperatures
23. IN/OUT N/A N/O — Proper cold holding temperatures
24. IN/OUT N/A N/O — Proper date marking & disposition
25. IN/OUT N/A N/O — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. IN OUT N/A — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. IN OUT N/A — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. IN/OUT N/A — Food additives: approved & properly used
29. IN/OUT N/A — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. IN OUT N/A — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. X — Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. X — Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

**Status:** (check one) ☒ Approved   ☐ Unsatisfactory   ☐ Immediate Closure   ☐ Voluntary Closure

No. of Good Retail Practices Violations: 2
No. of Repeat Good Retail Practices Violations:

ENTERED

**Person in Charge (Signature):**
**Inspector (Signature):**
**Date:** 1/10/18

**Follow-up:** YES ☐ NO ☒   **Date:** 1/31/18
**Corrective Action Response:** YES ☒ NO ☐   **Date:** 1/31/18

S. ZAPATA 1075

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

Establishment Name: WNMC Mum
Permit #: 000115
Date: 1/10/18

Address: 2 mi N. Lobo Canyon
City: Grants
State: NM
Zip Code: 87020
Phone:

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Freezer #1 | 7°F | Hot Holding | 142°F | | |
| Cooler #2 | 35°F | | | | |
| Cooler #3 | 40°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| C 39 | 6-501.111 (D) Mice droppings present in tool room and dry storage. |
| C 56 | 6-501.11 Washware sink had a leak at the valve when opened to drain the sink. |

Person in Charge (Signature): [signature]
Inspector (Signature): [signature]
Date: 1/10/18

S. ZAPATA 1076

Food Establishment Inspection Form_02112016_Rev01

# Food Establishment Inspection Report

**ENTERED**

Page 1 of 2

| Field | Value |
|---|---|
| Establishment Name: | Western NM Corr |
| Physical Address: | 211 Lobo Canyon |
| City: | Grants |
| State: | NM |
| Zip Code: | 87020 |
| Permit #: | 002160 |
| Permit Expiration Date: | Oct 2019 |
| Phone: | |
| Email: | |
| Est. Type: | I |

**Purpose of Inspection:** ☒ Annual

**Risk Category:**

Time In: 10:50 / 10:25
Time Out: 11:25

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Compliance Status

**Supervision**
1. IN — Person in charge present, demonstrates knowledge, and performs duties
2. ~~IN OUT N/A — Certified Food Protection Manager~~

**Employee Health**
3. IN — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN — Proper use of restriction & exclusion
5. IN — Procedures for responding to vomiting and diarrheal events

**Employees**
6. ~~IN OUT N/A — Food Handler Cards~~

**Good Hygienic Practices**
7. N/O — Proper eating, tasting, drinking, or tobacco use
8. N/O — No discharge from eyes, nose, and mouth

**Preventing Contamination by Hands**
9. N/O — Hands clean & properly washed
10. N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN — Adequate handwashing sinks; supplied & accessible

**Approved Source**
12. IN — Food obtained from approved source
13. N/O — Food received at proper temperature
14. IN — Food in good condition, safe, & unadulterated
15. N/A — Required records available: shellstock tags, parasite destruction

**Protection from Contamination**
16. IN — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN — Food-contact surfaces; cleaned & sanitized
18. N/O — Food separated & protected

**Time/Temperature Control for Safety**
19. N/O — Proper cooking time & temperatures
20. N/O — Proper reheating procedures for hot holding
21. N/O — Proper cooling time & temperature
22. N/O — Proper hot holding temperatures
23. N/O — Proper cold holding temperatures
24. N/O — Proper date marking & disposition
25. N/O — Time as a Public Health Control; procedures & records

**Consumer Advisory**
26. N/A — Consumer advisory provided for raw/undercooked foods

**Highly Susceptible Populations**
27. IN — Pasteurized foods used; prohibited foods not offered

**Food/Color Additives and Toxic Substances**
28. IN — Food additives: approved & properly used
29. IN — Toxic substances properly identified, stored, & used

**Conformance with Approved Procedures**
30. N/A — Compliance with variance / specialized process / HACCP

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Mark "X" in box if numbered item is not in compliance

**Safe Food and Water**
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

**Food Temperature Control**
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

**Food Identification**
38. Food properly labeled; original container

**Prevention of Food Contamination**
39. ☒ Insects, rodents, & animals not present
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

**Proper Use of Utensils**
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

**Utensils, Equipment and Vending**
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

**Physical Facilities**
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

Reinspection: No
Corrective Action Response: No

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

Status: Unsatisfactory ✓

Person in Charge: (Signature) — Date: 1-23-19
Inspector: (Signature) — Date: 1/23/19

S. ZAPATA 1057

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Correctional Dining Room B

**Permit #:** 002160

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| | | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6-501.111 Rodent droppings observed in the kitchen. Maintenance room is the possible source for the rodents to enter. Holes in the wall and ceiling need to be sealed to minimize entrance for the rodents. Corrected on site. Maintenance will fill holes in the maintenance room. |

**Person in Charge: (Printed)** Arthur Sanchez
**Person In Charge: (Signature)** [signature]
**Inspector: (Printed)** Ramon Opoda
**Inspector: (Signature)** [signature]
**Date:** 1/23/19

S. ZAPATA 1058

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

# Food Establishment Inspection Report

Page 1 of 2

**Establishment Name:** WNMC
**Physical Address:** 2111 Lobo Canyon Rd
**City:** Grants
**State:** NM
**Zip Code:** 87020
**Permit #:** 000115
**Permit Expiration Date:** Oct 2019
**Phone:**
**Email:**
**Est. Type:** I

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** Closing (checked)
**Risk Category:**
**Time In:** 10:46
**Time Out:** 12:36

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. IN — Person in charge present, demonstrates knowledge, and performs duties
2. IN — Certified Food Protection Manager

### Employee Health
3. IN — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. IN — Proper use of restriction & exclusion
5. IN — Procedures for responding to vomiting and diarrheal events

### Employees
6. IN — Food Handler Cards

### Good Hygienic Practices
7. IN — Proper eating, tasting, drinking, or tobacco use
8. IN — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. IN — Hands clean & properly washed
10. IN — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. IN — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. IN — Food obtained from approved source
13. IN — Food received at proper temperature
14. IN — Food in good condition, safe, & unadulterated
15. IN — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. IN — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. IN — Food-contact surfaces; cleaned & sanitized
18. IN — Food separated & protected

### Time/Temperature Control for Safety
19. IN — Proper cooking time & temperatures
20. IN — Proper reheating procedures for hot holding
21. OUT — Proper cooling time & temperature (X)
22. IN — Proper hot holding temperatures
23. IN — Proper cold holding temperatures
24. OUT — Proper date marking & disposition (X)
25. IN — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. IN — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. IN — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. IN — Food additives: approved & properly used
29. IN — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. IN — Compliance with variance / specialized process / HACCP

No. of Risk Factors / Intervention Violations: 2
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. **X** Insects, rodents, & animals not present — COS: X, R: X
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

**Reinspection:** No (checked)   Date:
**Corrective Action Response:** Yes (checked)   Date: 4/8/19

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 1

**Status:** Unsatisfactory (checked)

**Person in Charge (Signature):** Noena
**Inspector (Signature):**
**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001113

## Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** WNMC Main

**Permit #:** 000115

### TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Walk in Cooler #3 | 40°F | | | | |
| Walk in Cooler #2 | 36°F | | | | |
| Walk in Freezer #1 | 8°F | | | | |

### OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 21 | 3-501.14 Beans left on counter. Temperature on this item was 115°F. No verification as to how long they were left on the counter. Corrected on site. Beans were thrown away. |
| 24 | 3-501.17 Tortillas in cooler #2 with no date on package. Corrected on site. Package thrown away by kitchen supervisor. Pasta in Freezer past throw out date of March 30th. Corrected on site. Pan of pasta thrown away. |
| 39 | 6-501.111 Observed a mouse run from behind stove to table near office. Mouse droppings observed in dry storage area of kitchen. Maintenance is working on removing table that could potential allow access to roof or ceiling for mice. CAR.

Note: attached is the contract for pest control. |

**Person in Charge: (Printed)** V. Lorra

**Person In Charge: (Signature)** Vlora

**Inspector: (Printed)** Ramon Oroza

**Inspector: (Signature)**

**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001114

# Food Establishment Inspection Report

Page 1 of 2

| Establishment Name: | Physical Address: | | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| WNMC Dining B | 2111 Lobo Canyon Rd | | Grants | NM | 87020 |
| Permit #: | Permit Expiration Date: | Phone: | Email: | | Est. Type: |
| 002160 | Oct 2019 | | | | |

As Governed by State Regulation 7.6.2 NMAC
NMED Environmental Health Bureau
121 Tijeras Ave. NE, Albuquerque NM 87102

**Purpose of Inspection:** ☐ Pre-Opening  ☐ Annual  ☒ Complaint  ☐ Closing  ☐ Opening  ☐ Re-inspection  ☐ Investigation  ☐ CAR  ☐ Other  ☐ Initial Operational

**Risk Category:**
Time In: 10:46
Time Out: 12:41

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Circle designated compliance status (IN, OUT, N/O, N/A) for each numbered item
IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable
Mark "X" in appropriate box for COS and/or R
COS=corrected on-site during inspection   R=repeat violation

### Supervision
1. (IN) OUT — Person in charge present, demonstrates knowledge, and performs duties
2. (IN) OUT N/A — Certified Food Protection Manager

### Employee Health
3. (IN) OUT — Management, food employee and conditional employee; knowledge, responsibilities and reporting
4. (IN) OUT — Proper use of restriction & exclusion
5. (IN) OUT — Procedures for responding to vomiting and diarrheal events

### Employees
6. (IN) OUT N/A — Food Handler Cards

### Good Hygienic Practices
7. (IN) OUT N/O — Proper eating, tasting, drinking, or tobacco use
8. (IN) OUT N/O — No discharge from eyes, nose, and mouth

### Preventing Contamination by Hands
9. (IN) OUT N/O — Hands clean & properly washed
10. (IN) OUT N/A N/O — No bare hand contact with RTE foods or pre-approved alternative procedure properly followed
11. (IN) OUT — Adequate handwashing sinks; supplied & accessible

### Approved Source
12. (IN) OUT — Food obtained from approved source
13. IN OUT N/A (N/O) — Food received at proper temperature
14. (IN) OUT — Food in good condition, safe, & unadulterated
15. IN OUT (N/A) N/O — Required records available: shellstock tags, parasite destruction

### Protection from Contamination
16. (IN) OUT — Proper disposition of returned, previously served, reconditioned, & unsafe food
17. (IN) OUT N/A — Food-contact surfaces; cleaned & sanitized
18. (IN) OUT N/A N/O — Food separated & protected

### Time/Temperature Control for Safety
19. IN OUT N/A (N/O) — Proper cooking time & temperatures
20. (IN) OUT N/A N/O — Proper reheating procedures for hot holding
21. IN OUT N/A (N/O) — Proper cooling time & temperature
22. (IN) OUT N/A N/O — Proper hot holding temperatures
23. (IN) OUT N/A N/O — Proper cold holding temperatures
24. (IN) OUT N/A N/O — Proper date marking & disposition
25. (IN) OUT N/A N/O — Time as a Public Health Control; procedures & records

### Consumer Advisory
26. IN OUT (N/A) — Consumer advisory provided for raw/undercooked foods

### Highly Susceptible Populations
27. (IN) OUT N/A — Pasteurized foods used; prohibited foods not offered

### Food/Color Additives and Toxic Substances
28. (IN) OUT N/A — Food additives: approved & properly used
29. (IN) OUT N/A — Toxic substances properly identified, stored, & used

### Conformance with Approved Procedures
30. (IN) OUT N/A — Compliance with variance / specialized process / HACCP

Risk factors are important practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public health interventions are control measures to prevent foodborne illness or injury.

No. of Risk Factors / Intervention Violations: 0
No. of Repeat Risk Factors / Intervention Violations: 0

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.
Mark "X" in box if numbered item is not in compliance   Mark "X" in appropriate box for COS and/or R   COS=corrected on-site during inspection   R=repeat violation

### Safe Food and Water
31. Pasteurized eggs used where required
32. Water & ice from approved source
33. Variance obtained for specialized processing methods

### Food Temperature Control
34. Proper cooling methods used; adequate equipment for temperature control
35. Plant food properly cooked for hot holding
36. Approved thawing methods used
37. Thermometers provided & accurate

### Food Identification
38. Food properly labeled; original container

### Prevention of Food Contamination
39. **X** Insects, rodents, & animals not present **X**
40. Contamination prevented during food preparation, storage & display
41. Personal cleanliness
42. Wiping cloths: properly used & stored
43. Washing fruits & vegetables

### Proper Use of Utensils
44. In-use utensils: properly stored
45. Utensils, equipment & linens: properly stored, dried, & handled
46. Single-use/single-service articles: properly stored & used
47. Gloves used properly

### Utensils, Equipment and Vending
48. Food & non-food contact surfaces cleanable, properly designed, constructed, & used
49. Warewashing facilities: installed, maintained, & used; test strips
50. Non-food contact surfaces clean

### Physical Facilities
51. Hot & cold water available; adequate pressure
52. Plumbing installed; proper backflow devices
53. Sewage & waste water properly disposed
54. Toilet facilities: properly constructed, supplied, & cleaned
55. Garbage & refuse properly disposed; facilities maintained
56. Physical facilities installed, maintained, & clean
57. Adequate ventilation & lighting; designated areas used

Reinspection: Yes ☐ No ☒ Date: _____
Corrective Action Response: Yes ☐ No ☒ Date: _____

No. of Good Retail Practices Violations: 1
No. of Repeat Good Retail Practices Violations: 0

Status: (check one) Approved ☒ Unsatisfactory ☐  Immediate Closure ☐  Voluntary Closure ☐

Person in Charge: (Signature) _____
Inspector: (Signature) _____    Date: 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001115

# Food Establishment Inspection Report

Page 2 of 2

As Governed by State Regulation 7.6.2 NMAC
NMED Environment Health Bureau
121 Tijeras Ave NE, Albuquerque NM 87102

**Establishment Name:** Western NM Dining B

**Permit #:** 002/60

## TEMPERATURE OBSERVATIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Beef | 137°F | | | | |
| Beans | 141°F | | | | |
| Hot Holding | 168°F | | | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the Food Code.

| Item Number | |
|---|---|
| 39 | 6501.112 Glue trap had 4 mice on it. Glue trap was located in the water closet in dining room B. Corrected site. Glue trap was removed and replaced with a new trap. |
| | Note: Birds sometimes fly into the dining area. Staff get them out as soon as possible and wipe down any areas they land or defecate. Mice enter the facility in through the water closet. A contract with PDI will be provided. |

**Person in Charge: (Printed)** A. Sanchez

**Person In Charge: (Signature)** [signature]

**Inspector: (Printed)** Ramon Orona

**Inspector: (Signature)** [signature]

**Date:** 4/4/19

Retail Food Establishment Inspection Report 053017 Final Rev 3.0

ZG001116

### *EID: Corrective Action Plan Form*

Warden: Leon Martinez

Area or Department: Maintenance WNMCF Grants NM

Deputy Warden Leon Martinez

### SECTION 1: GENERAL INFORMATION

Facility: WNMCF

Date of Inspection: 4/4/19

Submitted By: Arthur Sanchez FSSO Officer, Physical Plant Manager Almanza C.

### SECTION 2: CORRECTIVE ACTION PLAN

| Item# Code Number | Non-Compliant Areas/Topics Monitored | Person(s) Responsible for Corrective Action | Corrective Action | Target Completion Date | Extended Target Completion Date | Completion Date |
|---|---|---|---|---|---|---|
| 6-501.111 | Observed a mouse run from the prep table with the stack that goes to roof area, possible area where mice can travel and nest in stack area gaining access to roof. | Physical Plant/Maintenance | Physical plant manager Almanza and maintenance personal immediately started work on removing the stack and covering any ceiling penetrations. | 4/8/19 per EID Orona deadline date to correct | N/A | |
| | | | | | | |
| | Mr. Orona EID and FSSO Sanchez observed mice run out from prep table near stack area towards stove then back to stack area. | | | | | |

ZG001117